1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
2
      ----------------------------
3     MAIGAN FRANCIS,              :    Civil Action No:
                                   :      2:19-cv-14315
4              Plaintiff,          :
                                   :    Judge Jay C. Zainey
5        -v-                       :     Section: A
                                   :
6     AMERICAN FEDERATION FOR      :     Mag. Judge:
      CHILDREN, INC.,              :    Donna P. Currault
7                                  :     Mag. Div.: 2
               Defendant.          :
8     ----------------------------

9

10            DEPOSITION OF MAIGAN FRANCIS

11               Conducted Virtually

12             Friday, January 8, 2021

13                 12:06 p.m. CST

14

15

16

17

18

19

20

21

22

23    Job No.:  344760

24    Pages:  1 - 55

25    Reported by:  Paula Flint

1        DEPOSITION OF MAIGAN FRANCIS, conducted

2    virtually.

3

4

5

6

7        Pursuant to agreement, before Paula Flint,

8    Notary Public of the Commonwealth of Virginia.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          A P P E A R A N C E S

 2   ON BEHALF OF PLAINTIFF:

 3        JULIANNA PETCHAK PARKS, ESQUIRE

 4        LANGLEY & PARKS

 5        401 Market Street

 6        Suite 1100

 7        Shreveport, Louisiana 71101

 8        (318) 383-6422

 9

10   ON BEHALF OF DEFENDANT:

11        TYLER J. FRIEBERGER, ESQUIRE

12        CENTRE LAW & CONSULTING, LLC

13        8330 Boone Boulevard

14        Suite 300

15        Vienna, Virginia 22182

16        (703) 288-2800

17

18              *      *      *

19

20

21

22

23

24

25
```

Transcript of Maigan Francis
Conducted on January 8, 2021                    4

```
1                    C O N T E N T S

2    EXAMINATION OF MAIGAN FRANCIS              PAGE

3        Mr. Freiberger                           5

4        Ms. Parks                               45

5        Mr. Freiberger                          50

6

7

8                    E X H I B I T S

9            (Attached to transcript.)

10   FRANCIS DEPOSITION EXHIBIT NO.             PAGE

11       1      Complaint                        12

12       2      Email Correspondence,            32

13              Bates Stamped AFC 0024920

14       3      Email Correspondence,            40

15              Bates Stamped AFC 0004194

16

17                    *       *       *

18

19

20

21

22

23

24

25
```

Transcript of Maigan Francis
Conducted on January 8, 2021                              18

1        A.    Yes.

2        Q.    -- at AFC?

3        A.    Yes.

4        Q.    Did you take leave for your pregnancy

5   at AFC?

6        A.    Yes.

7        Q.    And I should have done this a long

8   time ago, so I apologize.

9              When I use the term AFC and you use

10  the term AFC, we're both referring to the

11  Defendant, American Federation for Children,

12  correct?

13       A.    Yes.

14       Q.    So when did you take leave around your

15  pregnancy?

16       A.    A couple of days before I actually

17  went into labor.  So approximately July 16, 2018.

18       Q.    And prior to that date, had you

19  informed anyone broadly at AFC of your need to

20  take pregnancy leave?

21       A.    Yes.

22       Q.    And who was that?

23       A.    Everyone on the Louisiana team I named

24  and Jennifer Miller.

25       Q.    And just to be sure we both know who

1    that is, do you know Jennifer Miller's title at

2    AFC?

3        A.    I believe she is the chief financial

4    officer for AFC.

5        Q.    And do you know when you informed

6    anyone at AFC that you would need to take leave

7    for your pregnancy?

8        A.    Probably a month or two before I went

9    on actual leave.

10       Q.    And do you remember the first person

11   you told that you may need to take leave?

12       A.    No.

13       Q.    So from here on when I reference your

14   leave I'm referencing that leave that happened

15   around July 16.  Do you understand that?

16       A.    Yes.

17       Q.    Did you perform any work while you

18   were on that leave?

19       A.    Yes.

20       Q.    And what kind of work was that?

21       A.    Sometimes I would join like a

22   conference call or listen in to different

23   meetings from the Louisiana Department of

24   Education or a team meeting.  Or if someone had a

25   question they might call by phone and I would

Transcript of Maigan Francis
Conducted on January 8, 2021                          20

1    answer.

2         Q.    And would you reflect that work on a

3    timesheet while you were taking leave?

4         A.    No, I don't believe I did.

5         Q.    Just so we're on the same page, if you

6    performed work while you were on leave you would

7    still mark it down as leave?

8         A.    Yes.

9         Q.    When did you return from your leave?

10        A.    Roughly around October 7, 2018.

11        Q.    So for all the time between -- around

12   July 16 to October 7, did you mark all that time

13   as leave?

14        A.    I believe I did.  It's been a while,

15   but I believe I did.

16        Q.    So I believe -- can you still see -- I

17   want to make sure.  Can you still see on the

18   screen?  You should be seeing the Complaint

19   again.

20        A.    Yes.

21        Q.    So I'm going to scroll to what's

22   marked as page four here.  And I just want you to

23   confirm what you see on the screen is the same as

24   the paper copy in front of you.

25        A.    Yes.

Transcript of Maigan Francis
Conducted on January 8, 2021                                  21

1       Q.    I'm sorry.  We're going to go back a

2   little bit to the previous page.  You've already

3   confirmed this one.

4             I want to direct your attention to

5   what's marked as paragraph 11 here.  Do you see

6   the paragraph I'm referring to?

7       A.    Yes.

8       Q.    In here you state that your immediate

9   supervisor, Ms. Bottger -- I may be

10  mispronouncing that, I'm sorry -- made false

11  accusations against you.  Is that correct?

12      A.    Yes.

13      Q.    Can you tell me what those false

14  accusations were?

15      A.    Vaguely I can.  That she -- it was

16  just she would say I didn't do this or something

17  was not met or not done, which was not true.  She

18  would say that -- like any little thing, email or

19  anything, she would have something negative to

20  say or condescending to say towards me or my work

21  ethic or anything I did, basically.

22      Q.    And can you give me any examples of

23  that?

24      A.    She would say -- one example was I

25  didn't -- like she said I didn't reach out to the

Transcript of Maigan Francis
Conducted on January 8, 2021                              22

```
1   person at the Louisiana Department of Education
2   and I actually did.  I had an email to her, I
3   don't remember the date, asking who was the
4   contact person.  And she actually never even
5   replied to the email.  And so I told her like
6   that was not true; I did email you.  I didn't get
7   a response back from you.  And then another harsh
8   answer came from her.
9           She was always saying like, you're not
10  doing this, you're not doing that.  You didn't --
11  she said it like you didn't finish this in time
12  or you didn't do this task, and it was not true
13  or like blatantly obvious a lie.
14      Q.   So am I correct that what you just
15  described was multiple communications?
16      A.   Multiple communications when it comes
17  to unanswered emails, yes.  Multiple
18  communications with hostile conversations, yes.
19      Q.   I want to try to break those down one
20  by one starting with this email you mentioned
21  about asking for contact information.
22          Do you have any idea of when that
23  might have occurred?
24      A.   I don't.
25      Q.   Did all of these communications occur
```

Transcript of Maigan Francis
Conducted on January 8, 2021                    23

1    over email?

2         A.    Most.

3         Q.    For those that weren't by email, what

4    form of communication would they have happened?

5         A.    In conversation.  Maybe at a meeting

6    between her and I or a phone conversation.

7         Q.    And can you provide a date for any one

8    of the specific examples that you're thinking of?

9         A.    No, not a specific date.

10        Q.    Can you give me an estimated time

11   period of when any of these communications were

12   and we can break that down?

13        A.    I would say it started roughly maybe

14   around May-ish, like June.  And that's like the

15   false acquisitions and the hostile stuff, up

16   until like right before I took maternity leave

17   and then continued after I returned in October.

18        Q.    And just so we have the timeline

19   clear, when you say May to June, is that in the

20   year 2018?

21        A.    Yes.

22        Q.    I'm going to reshare.  I want to make

23   sure I wasn't sharing everything here.  I want to

24   direct your attention back to what's Exhibit 1,

25   your Complaint, paragraph 11, where it's written

Transcript of Maigan Francis
Conducted on January 8, 2021                                    24

1    "Plaintiff's newborn was often the subject during

2    Ms. Bottger's harassment."

3          A.    Uh-huh.

4          Q.    Did I read that correctly?

5          A.    Yes.

6          Q.    Can you tell me what activities were

7    harassment directed at your baby?

8          A.    Comments like I don't know how you're

9    going to travel as much with a newborn.  I don't

10   know how you're going to do this with a child.  I

11   don't know how this task is going to get done

12   with a newborn.  I don't know if you'll be

13   effective with a newborn.  Things like that.

14         Q.    And was all of that in one

15   conversation or communication or multiple?

16         A.    Multiple.

17         Q.    And was that done -- what was the form

18   of communication for any of those examples you

19   just gave?

20         A.    Conversations.

21         Q.    Did Ms. Bottger ever email you with a

22   comment you believe was harassment directed at

23   your baby?

24         A.    No, not email.

25         Q.    And can you tell me -- strike that.

Transcript of Maigan Francis
Conducted on January 8, 2021                    25

1           When did these comments occur?

2      A.    Like I said, it roughly started May

3  and continued throughout -- until my termination.

4      Q.    Was anyone else -- strike that.

5           Broadly with all these communications

6  that you've said were directed as harassment at

7  your baby, was anyone else present for any of

8  these communications?

9      A.    No, I don't believe so.

10     Q.    I'll stop sharing that there.  And

11  I'll ask you -- by the way, you understand that

12  if I don't have a document up on the screen,

13  regardless if you have a copy or not, you

14  understand not to reference other documents

15  without telling me you're doing so.  Is that

16  okay?

17     A.    Yes.

18     Q.    So if you have the Complaint in front

19  of you, I would ask that you please put it aside

20  while we go on.

21           Did anyone else at AFC make any

22  statements you felt more discriminatory in any

23  way?

24     A.    No.

25     Q.    And specifically did anyone else at

Transcript of Maigan Francis
Conducted on January 8, 2021                                    26

1      AFC make any comments you felt were harassing in

2      regards to your pregnancy?

3           A.    No.

4           Q.    Other than your immediate supervisor,

5      Kelli Bottger, do you believe anyone else at AFC

6      discriminated against you because of your

7      pregnancy?

8                 MS. PARKS:  I'm going to object to

9      that question.  Let me just say objection to

10     form.

11                You can answer it if you can.

12          A.    I would say John Schilling.

13          Q.    And for the record, can you tell us

14     who that is?

15          A.    That is the president of AFC.

16          Q.    Can you describe to me why you believe

17     John -- let's say John -- I'm sorry.  Can you

18     repeat his last name, just for the record?

19          A.    Schilling.

20          Q.    Can you describe to me why you believe

21     John Schilling discriminated against you for your

22     pregnancy?

23          A.    I believe he discriminated against me

24     for my pregnancy because he terminated me.  He

25     was the one that actually called me to say that I

Transcript of Maigan Francis
Conducted on January 8, 2021                    27

1    was terminated.  And he said that after speaking

2    with Kelli.  So I have never had a conversation

3    with him about that stuff, but he said after

4    speaking with her it was -- I was going to be

5    terminated.

6        Q.    I want to ask you about that

7    conversation, but can you tell me, is there

8    anyone else at AFC besides John Schilling and

9    Kelli Bottger that you believe discriminated

10   against you due to your pregnancy?

11       A.    No.

12       Q.    So back to that conversation you had

13   with John Schilling.  Was that via phone?

14       A.    Yes.

15       Q.    Did you have any follow-up

16   communications with him about that?

17       A.    No.

18       Q.    And did you respond in any way when

19   John told you of your termination?

20       A.    Yes.

21       Q.    And what did you respond with?

22       A.    I told him I was shocked.  I didn't

23   understand why or where this is coming from.  And

24   his response was, you've done great work.  We

25   just decided to go in another direction.  And he

1    told me he would write me a recommendation letter

2    if needed.

3        Q.    Do you believe anyone at AFC

4    retaliated against you?  Well, I'm sorry.  Strike

5    that.  We'll return to that in a moment.

6              Did you and Kelli ever have

7    conversations about your pregnancy?

8        A.    Yes.

9        Q.    Did you and Kelli ever have

10   conversations about a baby registry you had?

11       A.    I believe so.

12       Q.    And can you tell me about that

13   communication?

14       A.    I don't know if it was Kelli directly

15   but I think the team asked for my registry.

16       Q.    Did you take that to be discriminatory

17   in any way?

18       A.    No.

19       Q.    Did Kelli buy you any gifts for the

20   baby registry?

21       A.    Not that I recall.  I got I think one

22   gift from AFC itself.

23       Q.    Are you referring to the organization

24   as a whole?

25       A.    Yes.

Transcript of Maigan Francis
Conducted on January 8, 2021                               29

1          Q.    And did you take that to be
2    discriminatory?
3          A.    No.
4          Q.    Did Kelli ever ask to see photographs
5    of your baby after and -- strike that.
6                Can you tell me the gender of your
7    baby so I can use the right pronoun here?
8          A.    A boy.
9          Q.    Did Kelli ever ask to see photos of
10   your boy?
11         A.    Not that I recall.
12         Q.    Prior to your leave related to your
13   pregnancy, did you have to take off time for
14   doctors' visits related to your pregnancy?
15         A.    Yes.
16         Q.    And I believe I phrased that question
17   a little sloppy there.  So to be clear, prior to
18   your maternity leave beginning sometime around
19   July 16, did you take any time off for doctors'
20   visits related to your pregnancy?
21         A.    I believe so.
22         Q.    Were you ever denied a request for
23   leave for that time off you requested?
24         A.    No.
25         Q.    I would like to shift gears a little

Transcript of Maigan Francis
Conducted on January 8, 2021                    30

1    here.  Do you recall a -- well, strike that.

2           Did you have a meeting with

3    Paul Dauphin and Kelli Bottger on July 3, 2018?

4       A.    Yes, I vaguely remember.

5       Q.    And for the record, can you tell me

6    who -- I believe I'm mispronouncing his name.

7    Can you tell me who Paul Dauphin is?

8       A.    Paul Dauphin is the communications

9    director for AFC, or Louisiana Federation for

10   Children.

11      Q.    And back to that July 3, 2018 meeting,

12   what was that meeting about?

13      A.    If I'm recalling correctly, that

14   meeting was about the duties upon my return.  And

15   in that meeting they asked me to send like Paul

16   and Kelli all the documents I had worked on thus

17   far off of my computer before I went on maternity

18   leave.

19      Q.    And did you make any sort of recording

20   of that meeting on July 3?

21      A.    I did.

22      Q.    And in what form did you record that

23   meeting?

24      A.    I recorded it on my cellphone for my

25   own notes to keep up with dates and everything I

Transcript of Maigan Francis
Conducted on January 8, 2021                    31

1    needed to do.

2         Q.    To be clear, did you have any other

3    reason to record that meeting?

4         A.    At that point, no.

5         Q.    Did you tell anyone else in the

6    meeting that you were recording the conversation?

7         A.    No.

8         Q.    We're going to go back to your

9    Complaint here, so you can pull that back out if

10   you would like.  And I'm referring to the

11   Complaint.  Any time I do that, I'm referencing

12   what's been entered as Exhibit 1, which we'll

13   copy in here.  But we're going to stay on the

14   same page that we were on previously.  And I'm

15   going to reference paragraph 13.

16              Can you just confirm that what you see

17   on the screen here, that paragraph 13 is the same

18   as the document you have in front of you?

19        A.    Yes.

20        Q.    You used the term harassment.  Is

21   there any other harassment that you've not talked

22   about so far in this deposition that you're

23   referring to here with the word harassment in

24   your Complaint?

25        A.    No.

Transcript of Maigan Francis
Conducted on January 8, 2021                              32

1       Q.    So to clarify when we use the term

2    harassment here, that's in reference to the

3    comments and actions made by Kelli Bottger?

4       A.    Yes.

5       Q.    And did you report that conduct to

6    anyone at AFC?

7       A.    Yes, Lindsey Rust.

8       Q.    Did you report that to anyone else

9    other than Lindsey Rush?  Or Rust, excuse me.

10      A.    No.  No.

11      Q.    I'm going to ask you to put that down

12   for a moment.  And I don't know if you have a

13   copy of this.  So we'll try one more time to

14   share it here, hopefully.  One moment.  Let me

15   make sure this works this time.

16            (Exhibit 2 marked for identification

17   and attached to the transcript.)

18      Q.    Can you let me know?  It should be in

19   the chat here labeled to email to Lindsey,

20   October 23 dot PDF.

21      A.    Uh-huh.

22      Q.    Are you able to access that?

23      A.    It says downloading.  No.  It says

24   error, same error message.

25      Q.    Okay.  Well, I'm sorry about that.

Transcript of Maigan Francis
Conducted on January 8, 2021                                    33

1    I'll share it to you.  This is a document I'll

2    enter as Exhibit 2.  This has been marked as

3    AFC 0024920, as produced in discovery.  I'll give

4    you a second because I don't want to rush you

5    here.  I don't believe you have it in front of

6    you.  Can you read that all right on your screen?

7         A.    Uh-huh.

8         Q.    And do you recognize this email?

9         A.    Yes.

10        Q.    And what is it?

11        A.    It's the email I sent to Lindsey after

12   Kelli and I had a phone call about the meeting.

13        Q.    And we've previously discussed you

14   reporting those activities to Lindsey.  Is this

15   the reporting you did?

16        A.    Yes.  Reporting that --

17        Q.    Was there any other --

18        A.    -- through email.

19        Q.    I'm sorry.  Can you repeat that?  I

20   talked over you.

21        A.    Reporting I did through email, yes.

22        Q.    Was there any other reporting?

23        A.    Yes, via phone.

24        Q.    And was that phone call before or

25   after this email?

Transcript of Maigan Francis
Conducted on January 8, 2021                           34

1        A.      There were several phone calls before.

2        Q.      Before.  Who were they with?

3        A.      Lindsey.

4        Q.      And can you tell me when the first of

5   those calls would have occurred?

6        A.      Maybe probably around June -- May or

7   June.  It would be phone calls to Lindsey.

8        Q.      And were there calls to anyone else

9   other than Lindsey about the reporting?

10       A.      No.

11       Q.      So I'm going to stop sharing here for

12  a second.  So I want to pause when discussing

13  this email, and we'll go back to that.

14              But I want to go to the first call you

15  had with Lindsey reporting these activities.

16  When did that occur?

17       A.      I don't have a specific date but I

18  would say maybe May or June.

19       Q.      So sticking with that first call, can

20  you tell me what happened in that conversation?

21       A.      I remember calling Lindsey to tell her

22  that Kelli's behavior was getting more and more

23  aggressive and that I felt targeted because of

24  the false acquisitions made toward myself and my

25  work ethic, and it hadn't started prior to me

Transcript of Maigan Francis
Conducted on January 8, 2021                               35

1    being pregnant.  And Lindsey's response was, you

2    and Kelli will just have to work it out.

3         Q.    So specifically in that call, did you

4    mention your pregnancy to Lindsey Rust?

5         A.    Yes.

6         Q.    And when was the second time you would

7    have talked to Lindsey about this reporting?

8         A.    It was basically the same conversation

9    for every call.  And it would happen probably

10   after a meeting or something.  Kelli would say,

11   that didn't sit right with me.  And so I would

12   report it to Lindsey because she was the boss

13   over Kelli at the time -- or over me.

14        Q.    And can you tell me about how many of

15   these calls happened between you and Lindsey?

16        A.    Maybe about three, roughly.

17        Q.    And when was the last call you had

18   with Lindsey on this subject?

19        A.    It wasn't a call.  It was that email.

20        Q.    We'll go back to that.  And just so we

21   can be clear about what happened with the email

22   here, you initially reached out to Lindsey about

23   one o'clock that day?

24        A.    I believe so.

25        Q.    And you can reference this document.

Transcript of Maigan Francis
Conducted on January 8, 2021                              36

1            When did Lindsey respond to you?

2        A.    Maybe a couple hours after.

3        Q.    Did you and Lindsey ever have a call

4    to discuss this email?

5        A.    We did.

6        Q.    And when was that?

7            MS. PARKS:  Can I ask real quick?  Did

8    you label this email as Exhibit 2?

9            MR. FRIEBERGER:  I have not labeled

10   any of the exhibits.  We can fix that at the end

11   here.  I'm just going to orally refer to it as

12   Exhibit 2 now and the Bates stamps number.

13           MS. PARKS:  Okay.  Because you just

14   keep referring it to as the email, and I think

15   that might get confusing.  Could we call it

16   Exhibit 2?

17           MR. FRIEBERGER:  Yeah, I agree.

18           MS. PARKS:  Okay.

19   BY MR. FRIEBERGER:

20       Q.    So Ms. Francis, as we've been

21   discussing here, when I say email, I'm

22   referencing Exhibit 2, the email currently on

23   your screen, which is marked AFC 0024920.  Okay?

24       A.    Yes.

25       Q.    So I'll repeat my last question to

Transcript of Maigan Francis
Conducted on January 8, 2021                         37

1    make sure the record's clear.

2              Did you have a call after this

3    back-and-forth on Exhibit 2?

4         A.    Yes.

5         Q.    And when was that?

6         A.    I believe it was the next day.

7         Q.    And do you recall what was said in

8    that conversation?

9         A.    Basically the same thing.  That she

10   was sorry that I was going through this and I

11   felt this way and Kelli and I would need to work

12   it out.

13        Q.    I would like you to compare the

14   conversation you just told me about and Exhibit 2

15   here.  And tell me, did you give Lindsey Rust any

16   additional information not included in Exhibit 2,

17   in that phone call specifically?

18        A.    Yes.  I told her I felt as though I

19   was being targeted after returning from maternity

20   leave and that I didn't have as much anxiety or

21   false acquisitions before I got pregnant.

22        Q.    Did you ever write -- strike that.

23              Was that conversation via phone?

24        A.    With Lindsey?

25        Q.    Yes.

Transcript of Maigan Francis
Conducted on January 8, 2021                          38

1       A.     Yes.

2       Q.     Did you ever write to Lindsey Rust

3    that you felt you were being targeted for your

4    pregnancy?

5       A.     No.

6       Q.     I'm going to stop sharing that email

7    and we'll move on from there.

8              As I believe you've referenced, did

9    you have a meeting with Kelli on October 23,

10   2018?

11      A.     I don't recall.  I recall a meeting.

12   I don't recall the specific date.

13      Q.     Can you tell me what event preceded

14   you writing what we were referencing as

15   Exhibit 2, that email?

16      A.     A phone call that I had with Kelli

17   after that --

18      Q.     And did -- I'm sorry.  When was that

19   phone call with Kelli?

20      A.     I don't remember a specific date, but

21   around that marker of October 23rd-ish.

22      Q.     Was anyone else on the call besides

23   you and Kelli?

24      A.     I believe Paul was.

25      Q.     And can you tell me what happened on

Transcript of Maigan Francis
Conducted on January 8, 2021                                    39

1    that phone call?

2          A.    So on that phone call she was just

3    saying like everything I didn't do and things

4    that -- she was saying like work was this way,

5    one way, when it wasn't.  And so I said, Kelli, I

6    need to stop you.  This is not true.  I don't

7    agree with what you're saying.  The things that

8    are being said is not true and it's not the way

9    the conversation went.  And she went on to say

10   like if I didn't admit to it or if I didn't do

11   it, it would be insubordination.  And I told her

12   that I've never been insubordinate, this is not

13   true, everything she's saying is not true.  And I

14   went on to say I actually recorded the meeting

15   that we had.  And then when I told her that I

16   actually recorded the meeting with the notes of

17   her saying something different, she like flipped

18   out and lost it and was saying like she doesn't

19   trust me.  She doesn't want to work with anyone

20   she can't trust.  And I told her I only brought

21   up the recording because I wanted to let her know

22   like this is not what you said, you said

23   something differently.  And she told me that was

24   enough, she didn't need to hear any more and

25   she's not working with someone she can't trust.

Transcript of Maigan Francis
Conducted on January 8, 2021                            40

1    And the conversation ended.  And -- yeah.

2         Q.    So specifically about that

3    conversation you just described, at any point did

4    Kelli mention your pregnancy or your baby?

5         A.    Yeah.  She mentioned maternity leave

6    and I believe it was -- her words were

7    work-slacking since then.  And I don't really

8    remember the exact language.  But I know like

9    once I said no, that's not true, my work has been

10   up to par, and this is a conversation like I

11   brought up and recorded, it went like left.  And

12   she got upset and ended the conversation.

13             (Exhibit 3 marked for identification

14   and attached to the transcript.)

15        Q.    I'm going to share, and we're going to

16   consider what I'm sharing here to be Defendant's

17   Exhibit 3.  And again, we'll clear this up in a

18   moment.  And that will be marked with beginning

19   AFC 0004194 as Bates stamped and produced.  And

20   I'm going to give you a moment, and you don't

21   have control of my screen here, but from what you

22   see here, do you recognize this document?

23        A.    Yes.

24        Q.    And what is it?

25        A.    It's an email that I sent -- or Kelli

Transcript of Maigan Francis
Conducted on January 8, 2021                    48

1    New Orleans and then she essentially reprimanded

2    you for organizing it in New Orleans?

3         A.    Exactly, correct.

4         Q.    And did you remind her that she had

5    approved it?

6         A.    Yes, I did, over email.

7         Q.    And how did she respond to that?

8         A.    I believe her response is even so it's

9    my job to do something, to make sure that the

10   metrics is met or something.

11        Q.    Okay.  Did you ever tell anybody else

12   with AFC that you were concerned that Kelli was

13   harassing you because of your pregnancy,

14   maternity leave, motherhood?

15        A.    Yes.

16        Q.    Who else did you tell this to?

17        A.    I told it to Ann Duplessis.

18        Q.    How did Ann respond?

19        A.    I called Ann and told her that I felt

20   like Kelli was discriminating against me and I

21   felt harassed by Kelli's actions and she's saying

22   I didn't do my job, which is not true.  And Ann

23   asked me to send her an email on her personal

24   email, to write everything I had done.  And I

25   sent Ann an email saying like all the things I

Transcript of Maigan Francis
Conducted on January 8, 2021                                    49

```
 1   had met for my job requirements.  And Ann, the
 2   president of AFC -- I mean LSU, Louisiana, then
 3   wrote me back and helped me form a statement
 4   saying everything that I had done correctly and
 5   added to AFC since I had been in my position.
 6        Q.    So you presented her with a list of
 7   the things that you had done.  Is that correct?
 8        A.    Correct.
 9        Q.    And then she added more things to it
10   that you had done that you had forgotten --
11        A.    Yes.
12        Q.    -- and failed to include?
13        A.    Yes.  She added things that I should
14   include that I had done for AFC.  She added some
15   comments of there isn't a lack of clarity from
16   Kelli with everything going on.  And she just
17   basically helped me form a statement and email to
18   give to Kelli if it ever came to that point of
19   everything I had done to defend my work ethic.
20        Q.    And so she authorized you to -- she
21   told you, you could give that to Kelli.  Is that
22   correct?
23        A.    Yes.
24        Q.    That's what it was supposed to be used
25   for?
```

Transcript of Maigan Francis
Conducted on January 8, 2021                    50

1        A.    Yes.

2        Q.    Did you produce that document in

3   discovery?  Did you give it to me to hand over to

4   Mr. Freiberger?

5        A.    I believe I did.  If I didn't, I have

6   it in the email.

7             MS. PARKS:  We're going to go back and

8   check and if we haven't already produced it we

9   will produce it, if that's okay?

10            MR. FRIEBERGER:  (Nonverbal answer.)

11            MS. PARKS:  I don't have any other

12   questions.

13            MR. FRIEBERGER:  I would like to, very

14   briefly, ask some follow-ups just about that

15   email.  For your awareness, I have not seen that

16   email.  I've made mistakes before about what's

17   been produced, but I don't believe it's been

18   produced.  And I would appreciate it if it was.

19            But Ms. Francis, I would like to ask a

20   couple questions just on that last issue you

21   spoke about.

22        EXAMINATION BY COUNSEL FOR DEFENDANT

23   BY MR. FRIEBERGER:

24        Q.    Who was it that you wrote to -- other

25   than Lindsey Rust, saying that you thought you

Transcript of Maigan Francis
Conducted on January 8, 2021                                51

1   were discriminated against?

2        A.     It was a phone call to Ann Duplessis,

3   the president of the unit chapter and board

4   member of AFC.

5        Q.     And when about was that phone call

6   made?

7        A.     I don't exactly recall when the phone

8   call was made.

9        Q.     Could you tell me if it was after May

10  of 2018?

11       A.     I can't, because I don't recall.

12       Q.     Fine if you give the same answer, but

13  can you recall if it was before or after you

14  returned from maternity leave?

15       A.     I believe it was before.

16       Q.     And do you know how to spell her last

17  name, just so we have that clear for the record?

18       A.     Yes.  First name Ann --

19       Q.     And what is that?

20       A.     First name Ann, A-N-N.  Last name

21  Duplessis, D-U-P-L-E-S-S-I-S.

22       Q.     And following that phone call, if I

23  understand you correctly, you had a series of

24  emails with Ann?

25       A.     Yes.

Transcript of Maigan Francis
Conducted on January 8, 2021                                          52

1          Q.    And in that email with Ann, did you

2    say that you felt you were being discriminated

3    against due to your pregnancy?

4          A.    No.  That was said during the phone

5    conversation.

6          Q.    And to your counsel, I would

7    appreciate seeing that.

8               Just to clarify, other than Ann and

9    Lindsey did you make any reports to anyone

10   affiliated with AFC that you felt you were being

11   discriminated against due to your pregnancy?

12         A.    No.  Just Lindsey, who was my

13   supervisor over Kelli, and Ann, who was the board

14   member and president of the Louisiana chapter.

15         Q.    And speaking of Ann, do you believe

16   that Ann discriminated against you on the basis

17   of your pregnancy?

18         A.    No.

19         Q.    Do you believe that Ann retaliated

20   against you for this conversation you had with

21   her, and the email conversation too?

22         A.    Can you restate the question?

23         Q.    Sure.  That was a bad question.

24              Do you believe that Ann retaliated

25   against you in any way for this communication you