UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAIGAN FRANCIS | : | CIVIL ACTION NO. |
| | : | 5:19-CV-14315 |
| VERSUS | : | SECTION: A/2 |
| | : | |
| AMERICAN FEDERATION | : | DISTRICT JUDGE JAY C. |
| FOR CHILDREN, INC. | : | ZAINEY |

REMOTE DEPOSITION OF LINDSEY L. RUST
January 14, 2021

Stenographically Reported by:
Karen Tyler, CCR(LA), CSR(TX), TCRR, CRR, CRC
Registered Diplomate Reporter
Notary Public

```
 1  REMOTE APPEARANCES:

 2      COUNSEL FOR PLAINTIFF:

 3      LANGLEY & PARKS, LLC
        BY:     JULIANNA P. PARKS, ESQUIRE
 4              jparks@langleyparks.com
        401 Market Street, Suite 1100
 5      Shreveport, Louisiana  71101
        318.383.6422
 6      318.383.6405 - Facsimile

 7      COUNSEL FOR DEFENDANT:

 8      CENTRE LAW & CONSULTING, LLC
        BY:     TYLER J. FREIBERGER, ESQUIRE
 9              tfreiberger@centrelawgroup.com
        8330 Boone Boulevard
10      Vienna, Virginia  22182
        703.288.2800
11

12      ALSO PRESENT:  Ms. Maigan Francis

13

14

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///
```

S T I P U L A T I O N S

    The remote deposition of LINDSEY L. RUST, taken by counsel for Plaintiff, Ms. Julianna P. Parks, pursuant to Notice and agreement by and between counsel, for all purposes as allowed by the Federal Rules of Civil Procedure, before Karen Tyler, Certified Court Reporter, with the parties being in Louisiana, Virginia, and Ohio, on January 14, 2021. It being stipulated by and between counsel that all formalities, with the exception of the swearing of the witness, are waived.

    It being further stipulated that the reading and signing of the deposition are waived by counsel and by the witness.

    It being further stipulated that all objections, except as to the form of the question and responsiveness of the answer, are reserved until the time of trial.

///
///
///
///
///
///

1  team, and then they would have shared it with their
2  contacts locally.
3       Q.  Okay.  So you think everybody on the
4  Louisiana team shared it with their contacts or was
5  there one specific person on the Louisiana team?
6       A.  I don't recall if the entire team shared it,
7  but I -- I know for sure that Kelli Bottger and Paul
8  Dauphin shared it.
9       Q.  Okay.  So do you know how they found Maigan
10 Francis?
11      A.  I seem to recall that it was Paul who had
12 some kind of a previous relationship with Maigan.  I
13 don't recall exactly how they knew each other, but I
14 knew they were acquainted somehow.
15      Q.  Who interviewed Maigan for the position?
16      A.  I definitely did.  She may have had a
17 conversation with Kelli initially as our kind of state
18 lead and state director in Louisiana, and it's
19 possible that she also spoke with John Schilling.  But
20 I for sure definitely interviewed her and led that
21 process.
22      Q.  Who made the decision to hire her?
23      A.  I would say -- I would say I did.
24      Q.  Okay.  And you made that decision based on
25 her resume and your interview?

1   A.  Yeah.  That's right.  Her experience, I
2   think, was a big part of that.  The fact that she had
3   previous school leadership experience was very
4   appealing to us.
5   Q.  Okay.  Was anything else considered?  Did --
6   specifically, did Kelli report back to you her
7   impressions from interviewing Maigan?
8   A.  I honestly cannot recall.
9   Q.  Do you know what the purpose would have been
10  of Kelli to interview her if it were not to report
11  back to the person making that decision?
12  A.  Yeah.  I mean, I think that would have been
13  the reason why, and because she's part of the local
14  team and somebody that Maigan would have worked
15  closely with.
16  Q.  Okay.  So you -- judging by the fact that
17  Maigan was hired, you would assume that Kelli's
18  interview of her went well or that she approved?  Is
19  that a fair assumption?
20  A.  I think that's a fair assumption.
21  Q.  Are you currently married?
22  A.  I am.
23  Q.  Okay.  What is your husband's name?
24  A.  Jeremy.
25  Q.  Okay.  Same last name?

1      A.   Yes.
2      Q.   And how many children do you have?
3      A.   We have three.
4      Q.   And what are their ages?
5      A.   They are six, four, and two.
6      Q.   And did you take maternity leave from AFC
7   when you had these children?
8      A.   I did.
9      Q.   Okay.  How long did you take?
10     A.   I believe it varied just slightly between the
11  three pregnancies or three -- three children, but I
12  think it was somewhere around the 12 weeks --
13     Q.   I'm sorry.  Go ahead.
14     A.   -- for all of them.  It was somewhere around
15  then.  Like it might have been a week less or
16  something for -- for one of them.
17     Q.   Were you required to do any work while you
18  were on maternity leave?
19     A.   No.
20     Q.   Okay.  Was the maternity leave paid?
21     A.   If I remember right, most of it was but not
22  all.  I can't remember what the policy was at the
23  time.  If it was eight or ten weeks that we had paid.
24     Q.   Do you have any -- I believe you said earlier
25  that John Schilling was your supervisor.  Is he your

1   only supervisor?
2       A.  Yes.
3       Q.  Okay.  Do you remember when you first met
4   Ms. Francis in person?
5       A.  I don't recall exactly when it was, no.
6       Q.  When she was first hired, you were her
7   supervisor?
8       A.  That's correct.
9       Q.  Okay.  So are you the person who's
10  responsible for training her about her job duties?
11      A.  Yes.
12      Q.  Okay.  And she reported back to you; is that
13  correct?
14      A.  She did.
15      Q.  What -- how would you describe, you know,
16  briefly what her job duties were.
17      A.  So she was our state-level implementation
18  person.  So essentially handling policy implementation
19  for the Choice Scholarship programs in the State of
20  Louisiana which entailed communicating with parents
21  and schools to make sure that they understood the
22  application process and the details associated with
23  participation in the program.  You know, working with
24  the Department of Education who administers the
25  program at the state level, helping to grow interest

1  and demand for the programs and performing outreach
2  with the community to build awareness for the
3  programs.
4      Q.  And how do you feel that she performed these
5  duties while you were supervising her?
6      A.  So the best way that I think I could describe
7  it is that, you know, there was -- her performance, I
8  would say, was lacking, but she -- she did everything
9  that she was asked specifically to do.  She, you know,
10 met the immediate needs, and she always followed
11 through with what she was asked to do in a specific
12 way, but there was, I would say a lack of initiative.
13 You know, it was never -- she was never coming to us
14 or to me with new ideas or strategies that we could
15 try to move the needle.
16          It was always very, you know, yes, I did what
17 you asked, or here's the information you requested.
18 You know, I think -- so, you know, when she was
19 reporting to me, she was still relatively new with the
20 organization.  So there was a lot of, you know, there
21 was a lot of guidance that she needed and some of that
22 initially was understandable because she was new and,
23 you know, didn't have direct experience working with
24 the programs.
25          You know, I think as kind of time went on, it

1 started to get, you know, a little discouraging not to
2 see more progress or pro activity.  You know, I always
3 felt like it was -- it was a director-level position.
4 So a state director level position.  So even though
5 it -- there weren't other people reporting to Maigan,
6 you know, it still required leadership capabilities
7 and which is why her school -- her previous school
8 leadership experience was so attractive, I think.
9       And so I just would have expected more
10 initiative.  You know, better with
11 relationship-building with the department, with, you
12 know, some of our partner organizations, different
13 community organizations, that we worked with.  And it
14 just seemed like that part was a struggle.
15       Another thing that this role was responsible
16 for was for managing our parent surveys that we do,
17 and, you know, Maigan certainly helped with those
18 surveys, but, you know, it became clear pretty quickly
19 that she was going to need a lot of support from the
20 rest of the local team there to -- to collect all that
21 and manage the data.  It just -- you know, again, she
22 met the immediate needs.  There was never any kind of
23 insubordination while she reported to me.  There just
24 wasn't a lot of initiative or creativity happening.
25    Q.  Did you ever express those concerns to her?

1    A.   Yes.  Verbally, through phone conversations.
2    Q.   Was this requirement of the job written
3 anywhere?
4    A.   The job duties were outlined in the job
5 description, yes.
6    Q.   Okay.  And did that include what you just
7 described that she lacked?  Do you feel that's
8 encompassed in the job-duty description?
9    A.   I mean, I'm sure it's not phrased exactly as
10 I put it, but yes.  I mean, I feel like that's
11 included in the -- in the description and certainly
12 was part of the discussions when she came on board or
13 even prior to her coming on board.
14    Q.   And how long did you supervise her.  Was it
15 about a year?
16    A.   So I couldn't find the exact date when I was
17 looking in my emails.  I can tell you -- so she
18 started, and I'm looking at my notes now, just so you
19 know.  She started on the 29th of February 2016, and
20 so she -- that's when she began reporting to me.  And
21 I went on one of my three maternity leaves in October
22 of 2016, and I returned sometime in January of 2017.
23         And I can't find for sure when the transfer
24 happened of when she began reporting to Kelli rather
25 than me, but I think it was sometime around then, in

1   early 2017.  I'm not sure if Jennifer Miller or others
2   from our team might be able to verify that or provide
3   a date, but I believe -- I believe that is
4   approximately around the time she stopped reporting to
5   me.  So yes.  That would have been very close to a
6   year.
7        Q.   Okay.  And you felt like within that time
8   frame that her shortcomings were still understandable
9   based on the fact that she was new?
10       A.   I mean, like I said, I think, you know, it
11  was -- at the six-month mark, it was like, okay, yeah,
12  you know, there's still a lot to learn here and
13  definitely understandable.  Probably at the year mark,
14  there was still some patience with that or some, you
15  know -- that some of that may have still been
16  understandable, but it definitely, as time went on,
17  between the six- and 12-month mark, and then certainly
18  beyond then, it started to get more concerning that --
19  you know, that there wasn't a little bit more progress
20  in that area.
21       Q.   Did you perform performance evaluations of
22  your employees?
23       A.   So at that time, our president, John
24  Schilling, was doing all the staff evaluations.  So I
25  did not do a formal evaluation of Maigan at that time.

1  better handle on what was happening and if there were
2  disagreements or differences of opinion on, you know,
3  performance or what she was or was not doing or
4  getting done, that I would then have firsthand
5  knowledge of those things. And I also had a
6  conversation with Kelli and shared with her that I had
7  asked Maigan to do that.
8      Q. Okay. So do you have any idea when that
9  conversation with Kelli would have taken place?
10     A. Sometime shortly after the email in October,
11 within a couple of days, I would say.
12     Q. Okay. Were you Kelli's supervisor?
13     A. I was not.
14     Q. Did you report this conversation with Maigan
15 to anybody else?
16     A. To John Schilling.
17     Q. Okay. And what did you tell John about it?
18     A. I think I forwarded him the email that came
19 from Maigan. And I think I shared with him just sort
20 of my assessment of the situation between Maigan and
21 Kelli.
22     Q. Okay. And what was your assessment?
23     A. My assessment was that there were personality
24 differences there and, you know, that they had varying
25 opinions about Maigan's performance and what she was

1  or was not getting done.  You know, I think I shared
2  that I didn't think that that conversation between the
3  two of them should have occurred, or at least gotten
4  as heated as it sounded like it did.  And I also
5  shared with him what I had suggested in terms of a
6  short-term solution to the problem, which was asking
7  Maigan to include me on those emails with Kelli and to
8  stay in close touch with me about their
9  communications.
10      Q.  How would you describe Kelli's personality?
11      A.  Kelli's personality is a go-getter.  She is
12  very much a -- I guess I would say a type A
13  personality.  No nonsense kind of a person for sure.
14      Q.  And when you said you didn't think the
15  conversation should have gotten as heated as it did,
16  did you place the blame for that on Maigan or on Kelli
17  or you didn't have an opinion?
18      A.  I didn't place blame on anyone, I don't
19  think.  I think I shared that I thought they both
20  shouldn't have taken it to that level.
21      Q.  And -- and you think this is the first time
22  that Maigan had reported problems with Kelli to you?
23      A.  Again, it's possible that she had let me know
24  something beforehand but never in such a direct way.
25  That's the first one that I have a specific

1  recollection of.
2      Q.  Did Mr. Schilling consult with you when he
3  made the decision to terminate Maigan's employment?
4      A.  I don't recall if he consulted me, but I was
5  certainly aware of it, and I didn't have any -- any
6  qualms about it.  I -- you know, it seemed like -- it
7  seemed like it wasn't a good fit for both us and for
8  Maigan, frankly.  You know, I felt like she was -- I
9  don't want to speculate on what she felt like but it
10 seemed like it wasn't working for either of us.  And
11 so, so I had no issues with their decision or with
12 that decision.
13     Q.  So he didn't ask for your input on --
14     A.  He may have; I just don't remember for sure.
15     Q.  Okay.  Do you remember the reason for her
16 termination?
17     A.  I don't know for sure.  I mean, John can
18 certainly speak to that better than I can.
19     Q.  But it was discussed after this conversation
20 between Kelli and Maigan; right?
21     A.  Sorry.  Can you --
22     Q.  The conversation with John about whether
23 Maigan's employment should be terminated, did that
24 occur after you talked to him about this that had
25 happened between Kelli and Maigan?

1    A.  Yeah.  I mean, she was still employed with us
2  when -- when that conversation between Kelli and
3  Maigan happened.  So yeah.  I mean, the termination
4  would have happened after that.
5    Q.  Okay.  Do you -- do you have any idea how far
6  in advance of when the -- she was actually terminated
7  that the decision was made to terminate her?
8    A.  I do not.
9    Q.  Were you informed when that decision was
10 made?
11   A.  I don't recall for sure.  Again, I think -- I
12 think I was -- I was certainly aware it.  I don't know
13 if I was specifically informed.  I think that I was.
14   Q.  Okay.  Were you on the call when she was
15 terminated?
16   A.  I was not.  She was not reporting to me at
17 that time; so.
18   Q.  Do you know -- did Mr. Schilling perform an
19 investigation before he made that decision that you
20 were aware of?
21   A.  Can you clarify what you mean by
22 investigation?
23   Q.  I mean, he spoke with you.  I mean, was it
24 just in passing or was he speaking with you gathering
25 information to use in order to make his decision?

1  A.  I honestly don't recall, and I wouldn't know
2  the right way to characterize it.  I mean, we
3  certainly had discussions leading up to that, but I
4  don't -- I don't know if you classify that as an
5  investigation or not.
6  Q.  Okay.  When you say "leading up to that," do
7  you mean like a few days before or a year before?
8  That's kind of a broad time.
9  A.  There were ongoing conversations throughout
10 her time about the challenges that we had, but I don't
11 remember specifically talking about taking -- taking
12 action in terms of a termination.
13 Q.  Okay.  And that was not until he let you know
14 that the decision had been made?
15 A.  I think that's correct.  It may have been --
16 he -- I want to -- I want to clarify.  It's possible
17 that he notified me before -- before the decision was
18 made or before she was notified.  I think -- I think I
19 probably was aware of it, that it was coming
20 beforehand.
21 Q.  Do you know who else he would have spoken
22 with in coming to that decision?
23 A.  Certainly Kelli and Jennifer Miller.
24 Q.  You mentioned the parent satisfaction surveys
25 and that Maigan required a lot of help with that.  Is

1  been any way responsible for that increase?
2      A.  I would not say that.
3          MS. PARKS:  All right.  That's all I
4  have.  Thank you so much for coming today.  I
5  assume, Mr. Freiberger, do you have any questions?
6          MR. FREIBERGER:  I have -- I have one
7  that I think will go very quickly or I guess, you
8  know, one series of questions.
9  EXAMINATION
10 BY MR. FREIBERGER:
11     Q.  And that's the follow-up quickly on the
12 conversation you had, the phone conversation you had
13 following the October 2018 email.  Do you know what
14 conversation I'm referencing?
15     A.  Sorry.  The phone call with who?
16     Q.  That would be a good point to know; right?
17 The phone conversation you had with Ms. Francis
18 following her email --
19     A.  Okay.
20     Q.  -- in October of 2018.
21     A.  Uh-huh.  Yes.
22     Q.  In that conversation, do you recall any talk
23 with Ms. Francis specifically about her pregnancy?
24     A.  I don't recall for sure if she raised that as
25 an issue.  It's possible that she did.  And I would

1   have dismissed it immediately.  You know, in terms of
2   like if that was an issue with her conflict with
3   Kelli.  You know, I -- it just -- it would have been
4   something, if she did bring it up with me, and I can't
5   say for sure if she did or did not.  It's possible she
6   did, but I would have just dismissed that immediately.
7   I remember my takeaway, my key takeaways from that
8   conversation, being that they were butting heads,
9   different, you know, personality styles and -- and
10  that it was much more about differences in opinion on
11  performance and, you know, again, just personality
12  rather than anything to do with Maigan's pregnancy.
13              MR. FREIBERGER:  That's the only question
14      I had.
15              MS. PARKS:  I have one follow-up question
16      to that.
17  EXAMINATION
18  BY MS. PARKS:
19      Q.  So at the time that this call happened with
20  Maigan, after she sent you the email and said she felt
21  Kelli was harassing her, whatever the email says, you
22  talked to Maigan about it.  You think that she may
23  have expressed to you, it's possible that she
24  expressed to you, that the pregnancy and the maternity
25  leave was the cause for this believed harassment; is

1  that fair to say?
2      A.  It's possible that she raised it as an issue,
3  but I can't say for sure.  If she did --
4      Q.  Okay.
5      A.  -- I would have dismissed it immediately.
6      Q.  Okay.  But at that point, Maigan and Kelli --
7  Kelli had been supervising Maigan for almost two
8  years; correct?
9      A.  It would have been probably a year and a
10 half, but I -- Jennifer Miller or others could speak
11 to the specific dates.
12     Q.  Okay.  So you didn't -- was there anything
13 that changed that would have caused this to suddenly
14 become a problem other than the maternity leave or the
15 pregnancy?
16     A.  That would have caused what to change?  I'm
17 sorry.
18     Q.  Them to start butting heads.
19     A.  Did anything change.  I mean, I think it had
20 to do with just their personality differences and
21 differences in opinion over Maigan's performance.
22 That was always my understanding of it.
23     Q.  But the personality differences and the
24 different -- and the opinions over Maigan's
25 performance, I mean, those existed since 2017;