1  A.  No.
2  Q.  Okay.  How long have you worked for AFC?
3  A.  I've been here since 2013.
4  Q.  Okay.  And do you remember what month you
5  were hired?
6  A.  Not with a hundred percent certainty, but I
7  think it was maybe August or September of that year.
8  Q.  Okay.  And what position were you hired --
9  are you in the same position now that you were hired
10 in?
11 A.  I am.
12 Q.  Okay.  And what is the name of that position?
13 A.  I'm the national implementation director.
14 Q.  And what are your job duties?
15 A.  Essentially, I am overseeing all of our
16 policy implementation work that's occurring in our
17 states.  So some -- some of that is done through our
18 AFC state-based staff, like in Louisiana; and in other
19 states, that's through managing grant agreements and
20 partnerships with non-profit state partners.
21 Q.  And have those job duties been the same since
22 you were hired or have they changed any over time?
23 A.  It's been pretty consistent.  I mean,
24 certainly certain aspects change.  The states that I'm
25 most focused on sometimes shift, but the general job

1  team, and then they would have shared it with their
2  contacts locally.
3      Q.  Okay.  So you think everybody on the
4  Louisiana team shared it with their contacts or was
5  there one specific person on the Louisiana team?
6      A.  I don't recall if the entire team shared it,
7  but I -- I know for sure that Kelli Bottger and Paul
8  Dauphin shared it.
9      Q.  Okay.  So do you know how they found Maigan
10 Francis?
11     A.  I seem to recall that it was Paul who had
12 some kind of a previous relationship with Maigan.  I
13 don't recall exactly how they knew each other, but I
14 knew they were acquainted somehow.
15     Q.  Who interviewed Maigan for the position?
16     A.  I definitely did.  She may have had a
17 conversation with Kelli initially as our kind of state
18 lead and state director in Louisiana, and it's
19 possible that she also spoke with John Schilling.  But
20 I for sure definitely interviewed her and led that
21 process.
22     Q.  Who made the decision to hire her?
23     A.  I would say -- I would say I did.
24     Q.  Okay.  And you made that decision based on
25 her resume and your interview?

LINDSEY L. RUST                                       01/14/2021

29

1   A.  To the best of my recollection, yes.
Particularly in such a, you know, bringing -- bringing
forth that there was, you know, genuinely a problem
there, that's the first one that I recall.
5   Q.  Okay.  So you don't remember any prior
conversations where she gave you a heads-up that she
wasn't getting along with Kelli basically.
8   A.  I don't recall specific instances.  Is it
possible that she mentioned it, but it was -- it is
possible that she mentioned, you know, that they had
differences before.  But never -- never that directly
as it was in that email in October of 2018.
13  Q.  Did you take away from that email that
Ms. Francis believed that she was being harassed by
Kelli Bottger?
16  A.  I mean, I'm sure you have the email.  I think
it says that, you know, she may have felt that way.
My takeaway from the email was that I need to have a
conversation with Maigan on the phone, because this is
not something that you figure out over an email to
really get to the bottom of this and understand what's
happening here.  So I know that we had a phone
conversation, it was either a day or two after that --
after she sent the email.
25  Q.  And do you remember what you discussed on

1  that phone conversation?
2      A.  We discussed that conversation that she had
3  emailed about with Kelli and her concerns and, you
4  know, just her frustrations, I would say.
5      Q.  And at that time she had just returned from
6  maternity leave; is that correct?
7      A.  I don't recall, but I -- if you tell me that
8  that's right, then I would certainly believe you.
9      Q.  But you would have been aware when she
10 returned from maternity leave.  Is that something you
11 would --
12     A.  I would have.  I just don't remember exactly
13 when it was.
14     Q.  Okay.  But at the time you would have known
15 she was coming back from maternity leave.
16     A.  Yeah.
17     Q.  Do you remember her telling you anything on
18 the conversation that is not in the email?
19     A.  I don't recall the specifics.  I can only
20 speak in general terms about what we talked about or
21 what my takeaways were.
22     Q.  Did you give her any advice on how to handle
23 it?
24     A.  I did.  I -- I asked her to start copying me
25 on her communications with Kelli so that I could get a

1  better handle on what was happening and if there were
2  disagreements or differences of opinion on, you know,
3  performance or what she was or was not doing or
4  getting done, that I would then have firsthand
5  knowledge of those things.  And I also had a
6  conversation with Kelli and shared with her that I had
7  asked Maigan to do that.
8      Q.  Okay.  So do you have any idea when that
9  conversation with Kelli would have taken place?
10     A.  Sometime shortly after the email in October,
11 within a couple of days, I would say.
12     Q.  Okay.  Were you Kelli's supervisor?
13     A.  I was not.
14     Q.  Did you report this conversation with Maigan
15 to anybody else?
16     A.  To John Schilling.
17     Q.  Okay.  And what did you tell John about it?
18     A.  I think I forwarded him the email that came
19 from Maigan.  And I think I shared with him just sort
20 of my assessment of the situation between Maigan and
21 Kelli.
22     Q.  Okay.  And what was your assessment?
23     A.  My assessment was that there were personality
24 differences there and, you know, that they had varying
25 opinions about Maigan's performance and what she was

1  or was not getting done.  You know, I think I shared
2  that I didn't think that that conversation between the
3  two of them should have occurred, or at least gotten
4  as heated as it sounded like it did.  And I also
5  shared with him what I had suggested in terms of a
6  short-term solution to the problem, which was asking
7  Maigan to include me on those emails with Kelli and to
8  stay in close touch with me about their
9  communications.
10      Q.  How would you describe Kelli's personality?
11      A.  Kelli's personality is a go-getter.  She is
12  very much a -- I guess I would say a type A
13  personality.  No nonsense kind of a person for sure.
14      Q.  And when you said you didn't think the
15  conversation should have gotten as heated as it did,
16  did you place the blame for that on Maigan or on Kelli
17  or you didn't have an opinion?
18      A.  I didn't place blame on anyone, I don't
19  think.  I think I shared that I thought they both
20  shouldn't have taken it to that level.
21      Q.  And -- and you think this is the first time
22  that Maigan had reported problems with Kelli to you?
23      A.  Again, it's possible that she had let me know
24  something beforehand but never in such a direct way.
25  That's the first one that I have a specific

33

1  recollection of.
2      Q.  Did Mr. Schilling consult with you when he
3  made the decision to terminate Maigan's employment?
4      A.  I don't recall if he consulted me, but I was
5  certainly aware of it, and I didn't have any -- any
6  qualms about it.  I -- you know, it seemed like -- it
7  seemed like it wasn't a good fit for both us and for
8  Maigan, frankly.  You know, I felt like she was -- I
9  don't want to speculate on what she felt like but it
10 seemed like it wasn't working for either of us.  And
11 so, so I had no issues with their decision or with
12 that decision.
13     Q.  So he didn't ask for your input on --
14     A.  He may have; I just don't remember for sure.
15     Q.  Okay.  Do you remember the reason for her
16 termination?
17     A.  I don't know for sure.  I mean, John can
18 certainly speak to that better than I can.
19     Q.  But it was discussed after this conversation
20 between Kelli and Maigan; right?
21     A.  Sorry.  Can you --
22     Q.  The conversation with John about whether
23 Maigan's employment should be terminated, did that
24 occur after you talked to him about this that had
25 happened between Kelli and Maigan?

**EXHIBIT B**

1  A. Yeah. I mean, she was still employed with us
2  when -- when that conversation between Kelli and
3  Maigan happened. So yeah. I mean, the termination
4  would have happened after that.
5  Q. Okay. Do you -- do you have any idea how far
6  in advance of when the -- she was actually terminated
7  that the decision was made to terminate her?
8  A. I do not.
9  Q. Were you informed when that decision was
10 made?
11 A. I don't recall for sure. Again, I think -- I
12 think I was -- I was certainly aware it. I don't know
13 if I was specifically informed. I think that I was.
14 Q. Okay. Were you on the call when she was
15 terminated?
16 A. I was not. She was not reporting to me at
17 that time; so.
18 Q. Do you know -- did Mr. Schilling perform an
19 investigation before he made that decision that you
20 were aware of?
21 A. Can you clarify what you mean by
22 investigation?
23 Q. I mean, he spoke with you. I mean, was it
24 just in passing or was he speaking with you gathering
25 information to use in order to make his decision?

1  information into the Excel spreadsheet. Teach me what
2  that means. I know that there's been some discussion
3  today hiring college students to input data; is that
4  what you're talking about?
5      A.  No. So the college students we would hire to
6  input the data, but then somebody had to take
7  everything that those individuals were sending us and
8  put it into one common spreadsheet.
9      Q.  Okay. And Maigan wasn't able to do that?
10     A.  I believe Paul Dauphin was doing most of that
11 during her time here.
12     Q.  Do you know if anybody ever told her that she
13 should be the one doing that?
14     A.  Yeah. It was explained as part of her duties
15 going in to the -- to the role.
16     Q.  But when she didn't, did anybody correct her
17 and say, hey, don't you remember this is part of your
18 job?
19     A.  I think she start -- if my memory serves me
20 correctly, I think she started off trying to do it,
21 and it was quickly figured out that it just wasn't
22 something that she was in a position to do. She
23 didn't -- she didn't have as much proficiency with
24 Excel as was needed to do it. And so then I think
25 that's when Paul stepped in to help.

```
 1  been any way responsible for that increase?
 2       A.   I would not say that.
 3              MS. PARKS:  All right.  That's all I
 4       have.  Thank you so much for coming today.  I
 5       assume, Mr. Freiberger, do you have any questions?
 6              MR. FREIBERGER:  I have -- I have one
 7       that I think will go very quickly or I guess, you
 8       know, one series of questions.
 9  EXAMINATION
10  BY MR. FREIBERGER:
11       Q.   And that's the follow-up quickly on the
12  conversation you had, the phone conversation you had
13  following the October 2018 email.  Do you know what
14  conversation I'm referencing?
15       A.   Sorry.  The phone call with who?
16       Q.   That would be a good point to know; right?
17  The phone conversation you had with Ms. Francis
18  following her email --
19       A.   Okay.
20       Q.   -- in October of 2018.
21       A.   Uh-huh.  Yes.
22       Q.   In that conversation, do you recall any talk
23  with Ms. Francis specifically about her pregnancy?
24       A.   I don't recall for sure if she raised that as
25  an issue.  It's possible that she did.  And I would
```

1  have dismissed it immediately.  You know, in terms of
2  like if that was an issue with her conflict with
3  Kelli.  You know, I -- it just -- it would have been
4  something, if she did bring it up with me, and I can't
5  say for sure if she did or did not.  It's possible she
6  did, but I would have just dismissed that immediately.
7  I remember my takeaway, my key takeaways from that
8  conversation, being that they were butting heads,
9  different, you know, personality styles and -- and
10 that it was much more about differences in opinion on
11 performance and, you know, again, just personality
12 rather than anything to do with Maigan's pregnancy.
13           MR. FREIBERGER:  That's the only question
14    I had.
15           MS. PARKS:  I have one follow-up question
16    to that.
17 EXAMINATION
18 BY MS. PARKS:
19    Q.  So at the time that this call happened with
20 Maigan, after she sent you the email and said she felt
21 Kelli was harassing her, whatever the email says, you
22 talked to Maigan about it.  You think that she may
23 have expressed to you, it's possible that she
24 expressed to you, that the pregnancy and the maternity
25 leave was the cause for this believed harassment; is

```
 1  that fair to say?
 2     A.  It's possible that she raised it as an issue,
 3  but I can't say for sure.  If she did --
 4     Q.  Okay.
 5     A.  -- I would have dismissed it immediately.
 6     Q.  Okay.  But at that point, Maigan and Kelli --
 7  Kelli had been supervising Maigan for almost two
 8  years; correct?
 9     A.  It would have been probably a year and a
10  half, but I -- Jennifer Miller or others could speak
11  to the specific dates.
12     Q.  Okay.  So you didn't -- was there anything
13  that changed that would have caused this to suddenly
14  become a problem other than the maternity leave or the
15  pregnancy?
16     A.  That would have caused what to change?  I'm
17  sorry.
18     Q.  Them to start butting heads.
19     A.  Did anything change.  I mean, I think it had
20  to do with just their personality differences and
21  differences in opinion over Maigan's performance.
22  That was always my understanding of it.
23     Q.  But the personality differences and the
24  different -- and the opinions over Maigan's
25  performance, I mean, those existed since 2017;
```

LINDSEY L. RUST                           01/14/2021

42

1   correct?
2       A.  Theoretically -- theoretically, some of the
3   personality differences could have been there.  But
4   I'm guessing that if there were things that Kelli
5   thought that Maigan should be doing, and this is
6   speculation on my part.  That if there were things
7   that Kelli felt Maigan should be doing, and then she
8   wasn't, or she thought she wasn't, that that would
9   then cause the blowup.
10      Q.  Okay.  But you don't know of anything.  This
11  is just speculation?  You don't know what would have
12  been different suddenly?
13      A.  Yeah.  I don't know that anything was
14  different.  I don't know that there was any change.
15  You know, I think there had been ongoing -- ongoing
16  issues in terms of performance.  You know, even when
17  she was reporting to me.
18          MS. PARKS:  I don't have any other
19      questions.
20          MR. FREIBERGER:  Okay.
21      (Whereupon, the witness was excused and the
22      deposition concluded at 2:49 p.m.)
23  ///
24  ///
25  ///

**EXHIBIT B**