| | |
|---|---|
| Date: | Mon, 16 Sep 2019 3:29:44 PM -0400 |
| Sent: | Mon, 16 Sep 2019 3:29:27 PM -0400 |
| Subject: | Maigan Francis Email Documentation |
| From: | John Schilling |
| To: | John Schilling <JSchilling@federationforchildren.org>; |

**From:** John Schilling <JSchilling@federationforchildren.org>
**Date:** Wednesday, November 21, 2018 at 6:08 AM
**To:** Jennifer Miller <JMiller@federationforchildren.org>
**Cc:** John Schilling <JSchilling@federationforchildren.org>
**Subject:** Call with Kelli and Maigan

Jen: I sent you a note following this call for the file. My notes are below.

This is the time of year where we spend a good deal of time reviewing our work and our results in all of our states. As management, our job is to make sure that we are positioned and structured in the best possible way to achieve the goals and objectives in our state plans. And sometimes that means making some adjustments.

We've come to the conclusion Maigan that we need to make a change and will need to let you go. You have a lot of ability and bring a lot to the table, but candidly we just need a different skill set in this position.

Because you have been with us almost three years, we want to offer you a severance agreement of six weeks paid and we would also pick up two months of your health insurance because you'll have to switch to COBRA on 12/1. Jen will send you the agreement for review and you would have to sign and return it. This is effective today and we will of course pay you for tomorrow so you get a full two weeks for this pay period.

Did you have any questions on this?

These decisions are always very difficult to make. And I do want you to know how much we appreciate your efforts over the last few years. We will certainly do whatever we can to be helpful in your job search.


Specific areas of weakness:

Not meeting expectations of the position


---

**From:** John Schilling <JSchilling@federationforchildren.org>
**Date:** Monday, November 19, 2018 at 2:50 PM
**To:** Jennifer Miller <JMiller@federationforchildren.org>, Greg Brock <GBrock@federationforchildren.org>
**Subject:** Re: Severance - Maigan

Jen,

Per discussion, we need to circle back with the atty to make sure there is no weird quirk in LA law that gives her rights beyond being an at-will employee. Our personnel manual clearly states that every FTE is an at-will employee, which gives us the right to terminate for any reason. You also should communicate with Maigan by



**EXHIBIT D**
AFC0021421

email so she responds in writing that she does not intend to sign the severance agreement.  Currently she is beyond the deadline for signing.  Also, I agree with not sending final expenses until we have all the equipment back and the PO issue is settled.

John


**From:** Jennifer Miller <JMiller@federationforchildren.org >
**Date:** Monday, November 19, 2018 at 1:52 PM
**To:** John Schilling <JSchilling@federationforchildren.org >, Greg Brock <GBrock@federationforchildren.org >
**Subject:** RE: Severance - Maigan

John and Greg

I followed up with the attorney, regrading the 21-day consideration and 7-day revocation provision that was in Carra and Christa's agreements, but not in Maigan's.  The attorney said that since Maigan is not 40 years or older, the 21-day consideration and 7-day revocation provision is not required.

In terms of her not signing the severance agreement, he said it is her decision and if she hasn't asked to negotiate, not to increase the offer.

Greg, you may not be aware of this yet, but Maigan has decided NOT to sign the severance agreement b/c she does not want to waiver her rights.  When I asked if there was a specific provision that she was concerned about her response was wrongful firing.

As an updated to her termination,
- Final payroll and vacation pay was overnighted to her on 11/2.
- she did not sign the agreement
- Benefits will be terminated as of 11/30/18
- She requested her 401K distribution from the plan (I have not yet approved, as I was waiting to hear back from legal on the 21-day thing, just incase we had to revise and she decided to sign)
    - This one is killing me b/c she is not rolling it over, but taking a distribution from it and will be heavily taxed and penalized.  Ultimately it is her money.
- Final expense report - has not been paid out,
    - we have not yet received her laptop or the 3 or 4 mini ipads for the LA team.
    - Also a question about a PO Box she just set up the week prior to termination, it was charged on her cc but she said she is going to cancel it.  So not sure if they will refund her card or how they will handle since her AMEX card has been closed.

Let me know if you have any questions or concerns.

Thanks,
Jen

Jennifer Miller
Chief Financial Officer
202.280.1972  Phone
American Federation for Children | AFC Growth Fund Follow us at @SchoolChoiceNow, read our blog, or visit us on Facebook

**From:** John Schilling <JSchilling@federationforchildren.org >

**EXHIBIT D**
AFC0021422

**Sent:** Thursday, November 15, 2018 8:28 AM
**To:** Jennifer Miller <JMiller@federationforchildren.org >
**Cc:** Greg Brock <GBrock@federationforchildren.org >
**Subject:** Re: Severance's - C.Powell & C.Andrews.

So we can call these lay-offs in the discussion with employees? For Joffrion, it will be a termination.

Also, Jen, you're going to have give Maigan until the 23rd to return the severance agreement and you should put that in writing to her.

_____

**From:** John Schilling <JSchilling@federationforchildren.org >
**Date:** Thursday, November 1, 2018 at 11:25 AM
**To:** Jennifer Miller <JMiller@federationforchildren.org >
**Subject:** FW: LA

Jen,

I had a phone conversation with Maigan Francis and terminated her employment at AFC, effective today. Kelli Bottger, Maigan's supervisor in Louisiana, was also on the call. As you know from the written correspondence supplied by Kelli, Maigan has not been meeting expectations in 2018 and we concluded that our team in Louisiana needed someone in this position with a different skill set. I indicated to Maigan that she would be paid through tomorrow and we were offering her a severance agreement that includes six weeks of pay and two months of her health benefits. I also said you would be sending the agreement later today and, after considering the agreement, she would have sign and return to execute it.

Below, is my correspondence with Ann Duplessis, LFC President, informing her of the move.

John

**From:** Ann Duplessis <anndupless@gmail.com >
**Date:** Thursday, November 1, 2018 at 10:55 AM
**To:** John Schilling <JSchilling@federationforchildren.org >
**Subject:** Re: LA

I agree John. I saw worse productivity since she came back.

Also, I'll be with Stedman Graham today and will be having lunch with him around 12:30. The Collegiate Academy Gala is later on tonight and the education panel I'm on is around 5:30.

I'll let you know if Stedman can be on board with us....

Thanks

Ann

Sent from my iPhone
On Nov 1, 2018, at 9:50 AM, John Schilling <JSchilling@federationforchildren.org > wrote:

Hi Ann,

EXHIBIT D
AFC0021423

Just FYI, we let Maigan go today and we are providing a severance for her that includes six weeks pay and two months of her health benefits. Tough conversation, she was definitely unhappy, but ultimately the right decision for the organization.

John

---

On 10/22/18, 1:12 PM, "Jennifer Miller" <JMiller@federationforchildren.org> wrote:

All,

The paper trail, needs to be a communicated and a written document, as a follow up to the meeting you had with her. The best way to document is a memo to her file that she will receive in addition to HR. Or email correspondence, with her acknowledgment.

The last thing we want is for her to say there was never a meeting or that something wasn't clearly provided to her.

Jen

Jennifer Miller
Chief Financial Officer
202.280.1972  Phone
American Federation for Children | AFC Growth Fund Follow us at @SchoolChoiceNow, read our blog, or visit us on Facebook

-----Original Message-----
From: John Schilling
Sent: Monday, October 22, 2018 12:34 PM
To: Jennifer Miller <JMiller@federationforchildren.org>
Subject: FW: Maigan

FYI

On 10/22/18, 12:01 PM, "Kelli Bottger" <kbottger@federationforchildren.org> wrote:

Ok, on it.

Best,

Kelli Bottger
Louisiana State Director
AFC Growth Fund
American Federation for Children
225-936-9800

-----Original Message-----
From: John Schilling
Sent: Monday, October 22, 2018 10:44 AM
To: Kelli Bottger <kbottger@federationforchildren.org>
Subject: Re: Maigan

Yes, need paper trail if we intend to make changes.



**EXHIBIT D**
AFC0021424

Sent from my iPhone

> On Oct 22, 2018, at 11:33 AM, Kelli Bottger <kbottger@federationforchildren.org> wrote:
>
> Not officially, but I can write something up. We followed her outline which was documented for the meeting.
>
> Best,
>
> Kelli Bottger
> Louisiana State Director
> AFC Growth Fund
> American Federation for Children
> 225-936-9800
>
> -----Original Message-----
> From: John Schilling
> Sent: Monday, October 22, 2018 10:33 AM
> To: Kelli Bottger <kbottger@federationforchildren.org>
> Subject: Re: Maigan
>
> Was it documented in writing?
>
> Sent from my iPhone
>
>> On Oct 22, 2018, at 11:30 AM, Kelli Bottger <kbottger@federationforchildren.org> wrote:
>>
>> Yes, we met with her when she returned.
>>
>> Best,
>>
>> Kelli Bottger
>> Louisiana State Director
>> AFC Growth Fund
>> American Federation for Children
>> 225-936-9800
>>
>> -----Original Message-----
>> From: John Schilling
>> Sent: Monday, October 22, 2018 10:29 AM
>> To: Kelli Bottger <kbottger@federationforchildren.org>
>> Subject: Maigan
>>
>> Have you guys sat down w her since she returned?
>>
>> Sent from my iPhone

---

**From:** John Schilling <JSchilling@federationforchildren.org>
**Date:** Thursday, October 25, 2018 at 12:50 PM
**To:** Lindsey Rust <Lrust@federationforchildren.org>, Jennifer Miller <JMiller@federationforchildren.org>
**Subject:** Re: Memo on Maigan from yesterday's call

OK thanks. Just waiting to hear back from Jen on whether our HR people believe we have sufficient documentation.

**EXHIBIT D**
AFC0021425

**From:** Lindsey Rust <Lrust@federationforchildren.org>
**Date:** Wednesday, October 24, 2018 at 4:20 PM
**To:** John Schilling <JSchilling@federationforchildren.org>
**Subject:** RE: Memo on Maigan from yesterday's call

Paul is on the same page as me  (Have I mentioned how highly I think of Paul?- Such a level headed guy! ☐). He put it well when he said that you have to give Maigan so much detail on HOW to do things, in addition to WHAT to do, that it almost becomes a question of if it's easier to do it yourself. I couldn't agree more. Along these same lines he noted she forces your hand in terms of making you tell her exactly what to do so that she can point back to it as if she's trying to cover her bases (self-preservation tactic). He seemed to agree that it is unlikely she's really filling her days. We might think about providing some time sheets as further documentation.

He made a case that we do in fact need to maintain the position though. He mentioned a former DOE staffer (someone I think we had wanted to recruit previously). I think IF we could find someone like that instead of grasping at straws to find anyone interested in might be worth considering maintaining it. I mention this only in the case that the "we're eliminating the position" approach is considered.

**From:** John Schilling
**Sent:** Wednesday, October 24, 2018 3:36 PM
**To:** Kelli Bottger <kbottger@federationforchildren.org>
**Cc:** Lindsey Rust <Lrust@federationforchildren.org>; Jennifer Miller <JMiller@federationforchildren.org>
**Subject:** Re: Memo on Maigan from yesterday's call

Thx


**From:** Kelli Bottger <kbottger@federationforchildren.org>
**Date:** Wednesday, October 24, 2018 at 3:33 PM
**To:** John Schilling <JSchilling@federationforchildren.org>
**Cc:** Lindsey Rust <Lrust@federationforchildren.org>, Jennifer Miller <JMiller@federationforchildren.org>
**Subject:** Re: Memo on Maigan from yesterday's call

Yes, both Paul and Ann agree. We've had multiple conversations since she's returned all on different aspects of her job. Thank you and let me know what else you need from me. I'll shoot an email from that call when I get back home from my last meeting today.

Best,

**Kelli Bottger**
Louisiana State Director
AFC Growth Fund
American Federation for Children
225-936-9800

On Oct 24, 2018, at 2:08 PM, John Schilling <JSchilling@federationforchildren.org> wrote:

Kelli,

Thanks.  A couple of things. First, I assume Paul concurs with letting her go? Second, did you all have a

**EXHIBIT D**
AFC0021426

conversation with Maigan upon her return from maternity leave regarding expectations? If it was a conversation, just send us an email about the discussion. Third, we'll run the documentation by the HR folks we work with to ensure it is sufficient. Since all employees are "at will" employees, I think we will have sufficient documentation. Finally, there will have to be a discussion with Maigan to let her go, probably me and one other person as a witness. We need to determine who is best as the second person, you or Lindsey. We will include a severance agreement. I'd like to get this done before the end of the month.

Thx,
John

**From:** Kelli Bottger <kbottger@federationforchildren.org>
**Date:** Wednesday, October 24, 2018 at 11:21 AM
**To:** John Schilling <JSchilling@federationforchildren.org>
**Cc:** Lindsey Rust <Lrust@federationforchildren.org>, Jennifer Miller <JMiller@federationforchildren.org>
**Subject:** Memo on Maigan from yesterday's call

John,

Please see the attached memo from my call with Maigan yesterday. I think it's time we start putting the necessary protocols in place to release her of her duties. Let me know if you need more details or have any questions.

Best,

**Kelli Bottger**
**Louisiana State Director**
**AFC Growth Fund**
**American Federation for Children**
225-936-9800

---

**From:** John Schilling <JSchilling@federationforchildren.org>
**Date:** Thursday, September 13, 2018 at 8:02 AM
**To:** Kelli Bottger <kbottger@federationforchildren.org>
**Cc:** Jennifer Miller <JMiller@federationforchildren.org>, Lindsey Rust <Lrust@federationforchildren.org>
**Subject:** Re: Meeting per my return

Upon her official return from maternity leave, we need to decide whether we will go with eliminating the position or giving her a specific period of time for improvement cement. Kelli, we can discuss in Atlanta.

Sent from my iPhone
On Sep 12, 2018, at 10:10 PM, Kelli Bottger <kbottger@federationforchildren.org> wrote:

FYI...

**Kelli Bottger**
**Louisiana State Director**



**EXHIBIT D**
AFC0021427

AFC Growth Fund
American Federation for Children
225-936-9800

Begin forwarded message:

**From:** Maigan Francis <MFrancis@federationforchildren.org >
**Date:** September 12, 2018 at 8:53:14 PM CDT
**To:** Kelli Bottger <kbottger@federationforchildren.org >, Paul Dauphin <pdauphin@federationforchildren.org >
**Subject: Meeting per my return**

Hi guys,

I would like to set up a meeting upon my return from maternity leave to recap on our last meeting and focus on next steps. Can you please both tell me a day that works for you guys to meet the week of September 24, 2018? I am looking to return fully October 1, 2018. I will probably work some hours on Tuesday-Thursday the weeks of September 17&24 and return fully Oct.1. But I will confirm as this week progresses.

Best,
Maigan

_____

**From:** John Schilling <JSchilling@federationforchildren.org >
**Date:** Tuesday, August 28, 2018 at 1:05 PM
**To:** Jennifer Miller <JMiller@federationforchildren.org >, Greg Brock <GBrock@federationforchildren.org >
**Subject:** Re: Maigan - F/U on termination issues

I talked with Kelli this am and conveyed the following:

-When I call supervisors and directors in November each year for a pre-personnel evaluation update, I need to know if there are any issues. In addition, if there are issues post-evaluation, I need to know about them and they need to be discussed with the employee and documented for the file.

-Kelli will email Maigan and ask when she plans to return from maternity leave. When she returns, there will be a conversation about shortcomings. After a period of time, we'll have to make a decision about a layoff or termination for cause. Either way, I think we will end up paying Maigan through November.

**From:** Jennifer Miller <JMiller@federationforchildren.org >
**Date:** Monday, August 27, 2018 at 3:51 PM
**To:** John Schilling <JSchilling@federationforchildren.org >, Greg Brock <GBrock@federationforchildren.org >
**Subject:** RE: Maigan - F/U on termination issues

John and Greg,

I had a call with RAFFA today to best protect AFC, they suggested that we communicate this as a layoff and not as an elimination of the position. Elimination of the position, would imply we will not be having this position going forward, which is not the case if current staff will assume part of her responsibilities or if we hire for the position down the road…say after the 2019 elections as John has indicated could happen.

**EXHIBIT D**
AFC0021428

That said, if this is truly because of the **lack of responsibilities for a full-time position,** we can move forward with a **LAYOFF** when she returns from maternity. Be prepared for her to ask if she can do it part-time though. If she did ask for part-time then you could state that for financial reasons AFC finds it fiscally responsible to re-distribute the lesser in scope of duties to existing staff in LA and let her know if AFC hires full-time again for the role she is welcome to apply.

If you choose to move forward with the Layoff, 2 people from AFC should be in the meeting during the conversation and present her with the Severance agreement at that time. You will have to think about what severance package you would want to give.

If we are saying this is more of a **performance issue** than lack of responsibilities to support the role, then we have again the mucky waters and need to coach her out through the performance process. The performance process would be bring her back on, remind her of the July conversation and performance issues and give the probationary period to do better….this would probably be several months to see a turn in results. If at that time she is not preforming we can provide her the severance based on lack of performance.

I remind you that per John and Kelli, she recorded her conversation with Kelli and Paul in July, I am guessing she felt her job security was threatened at that time for her to have been so bold to do so. That opens us up for exposure, if she chooses to do anything with it and being that she recorded it, I would say she would be willing to use it if needed. This makes me a bit nervous, legal or not she has the recording.

I spoke to John a few minutes ago and he said he needs to think through this, let me know if you have any more questions. I would be more than happy to follow up with RAFFA or the attorney she suggested.

Thanks for taking the time to process all of this before moving forward.

Best,
Jen

Jennifer Miller
Chief Financial Officer
202.280.1972  Phone
American Federation for Children | AFC Growth Fund Follow us at @SchoolChoiceNow, read our blog, or visit us on Facebook

**From:** John Schilling
**Sent:** Saturday, August 25, 2018 11:26 AM
**To:** Greg Brock <GBrock@federationforchildren.org>; Jennifer Miller <JMiller@federationforchildren.org>
**Subject:** Re: Maigan - F/U on termination issues

We can solve the problem by just waiting until her official maternity leave is over and then tell her we're eliminating the position. This will cost more money because we'll have to give her a severance through November 30. Frankly, it's annoying that neither Lindsey nor Kelli piped up last November. I call all the supervisors before performance review discussions and they both said at the time that Maigan was doing a good job. It's also annoying that Kelli didn't write the memo right after she and Paul met with Maigan before her maternity leave as both Darrell and I asked her to do.

**From:** Greg Brock <GBrock@federationforchildren.org>
**Date:** Friday, August 24, 2018 at 5:14 PM

**To:** Jennifer Miller <JMiller@federationforchildren.org >, John Schilling <JSchilling@federationforchildren.org >
**Subject:** RE: Maigan - F/U on termination issues

Jen –

Thanks for researching this with Raffa and getting their counsel on this. It appears right off the bat that any move to eliminate the position would conflict with our stated family leave policy in the personnel manual, and thus that is problematic – even without considering the additional issues. As for the additional issues, it appears that we need to better and more frequently document the issues we are having with her over a longer period of time.

Perhaps we can discuss all this further by phone next week?

Thanks

Greg

**From:** Jennifer Miller
**Sent:** Friday, August 24, 2018 12:38 PM
**To:** John Schilling <JSchilling@federationforchildren.org >; Greg Brock <GBrock@federationforchildren.org >
**Subject:** Maigan - F/U on termination issues
**Importance:** High

John and Greg,

I have talked to you both about my concerns regarding notifying or letting Maigan go, while on maternity leave. I have followed up with our HR team at Raffa and they think we have exposure if we decide to terminate her. They have advised us to contract an employment attorney. If we choose to do so, they have provided a name of someone local.

First, the family leave policy in our manual states that AFC will "hold open the employee's position (or a similar position) for twelve weeks of leave.

Second, she could claim she is being discriminated against because of gender, pregnancy and childbirth. That doesn't mean she has a case but she could still make that claim. She received a performance review in December stating her performance during 2017 was "very good" and she got a raise. Then, a memo was written in August, after she was already out on leave noting performance issues beginning in July, which is also when she went on leave to have her baby.

If you terminate her for poor performance you don't have to worry about filling her position again. I don't think you have a strong case for poor performance, however, based on what you sent me. However, if you decide to terminate her because you are "eliminating the position" and then decide to fill it again, you could have some additional exposure.

We do not have it documented anytime between Jan 2018 and prior to maternity that there were performance issues. I believe the other issue we have is that she recorded her conversation with Kelli and Paul, that gives probably even more exposure.

It's never a good idea to terminate someone who is out on family leave, even if the employee's position is not protected by FMLA. It just looks bad and appears callous.

**EXHIBIT D**
AFC0021430

You may be better off waiting until she returns and then counsel her out through the performance process.

All of these things complicate the issue and I do recommend you get some legal advice.

Everything in "blue" is directly stated from RAFFA.

Please let me know how you want to proceed, but my advice is not to terminate her while on leave. I was on the phone with Kelli yesterday about expense reports/unrelated issues and this came up. I told her not to have any conversations with Maigan until further notice.

Best,
Jen


Jennifer Miller
Chief Financial Officer

American Federation for Children | AFC Growth Fund
1020 19th Street, NW, Suite 675, Washington, DC 20036
Phone: 202.280.1972   Fax 202.280.1989

Follow us at @SchoolChoiceNow, read our blog, or visit us on Facebook

---

**From:** John Schilling <JSchilling@federationforchildren.org>
**Date:** Monday, August 27, 2018 at 3:51 PM
**To:** Kelli Bottger <kbottger@federationforchildren.org>
**Subject:** Re: Maigan

I'll call you at 9:30 EST/8:30CST.

**From:** Kelli Bottger <kbottger@federationforchildren.org>
**Date:** Monday, August 27, 2018 at 3:37 PM
**To:** John Schilling <JSchilling@federationforchildren.org>
**Subject:** Re: Maigan

Anytime before 11 am CST. I'm booked the rest of the day. I do have a plumber coming tomorrow am at some point because I have a busted pipe in my slab. He isn't sure what time he'll get to my house though.

Best,

**Kelli Bottger**
Louisiana State Director
AFC Growth Fund
American Federation for Children
225-936-9800

On Aug 27, 2018, at 2:35 PM, John Schilling <JSchilling@federationforchildren.org> wrote:

We need to talk about this. What time are you free in the am?

---

**From:** John Schilling <JSchilling@federationforchildren.org>
**Date:** Friday, August 17, 2018 at 6:01 PM
**To:** Jennifer Miller <JMiller@federationforchildren.org>
**Cc:** Greg Brock <GBrock@federationforchildren.org>
**Subject:** Re: Maigan documentation

I think the memo clearly indicates multiple conversations with her about performance and deficiencies. If we're eliminating the position, we're not obligated to keep her employed beyond maternity leave.

Sent from my iPhone
On Aug 17, 2018, at 5:57 PM, Jennifer Miller <JMiller@federationforchildren.org > wrote:

Hey John,

I read the memo on Maigan, and while it outlines the things she has not followed through with, it does not address any discussion had with Maigan directly about her performance and timelines of those discussions.

The last performance review documented was from December 2017 for her 2018 comp...it states, and I quote
*-Maigan's work in 2017 has been very good and feedback from her supervisor positive. (see attached)*

I get that we are eliminating the position, but we need to be very cautious for many reasons with this termination.

Questions from our HR consultant, that I need to get back to them on (among others that I addressed related to age, when leave runs out etc.

Did anyone tell her that her performance was below standards before she went out on family leave? Was she counseled at all about her performance?

If you could reply to these questions for me, so I may get my email back to Raffa........once I get these and hear back from Raffa, I will put it all in an email to you and Greg.

Thanks,
Jen

Jennifer Miller
Chief Financial Officer
202.280.1972  Phone
American Federation for Children | AFC Growth Fund Follow us at @SchoolChoiceNow, read our blog, or visit us on Facebook

**From:** John Schilling

EXHIBIT D
AFC0021432

**Sent:** Friday, August 17, 2018 11:23 AM
**To:** Jennifer Miller <JMiller@federationforchildren.org >
**Subject:** FW: Maigan documentation

Jen,

Here is the documentation memo from Kelli. I've reviewed and made a couple of small edits. Will this suffice?

John

**From:** Kelli Bottger <kbottger@federationforchildren.org >
**Date:** Thursday, August 16, 2018 at 1:08 PM
**To:** John Schilling <JSchilling@federationforchildren.org >
**Cc:** Lindsey Rust <Lrust@federationforchildren.org >
**Subject:** RE: Maigan documentation

John,

Attached is the memo. Let me know if edits are needed.

Best,

**Kelli Bottger**
Louisiana State Director
AFC Growth Fund
American Federation for Children
225-936-9800


**From:** John Schilling
**Sent:** Tuesday, August 14, 2018 12:03 PM
**To:** Kelli Bottger <kbottger@federationforchildren.org >
**Cc:** Lindsey Rust <Lrust@federationforchildren.org >
**Subject:** Re: Maigan documentation

Kelli,

Reading through this, it documents the challenges with Maigan, but also lays out the things she is supposed to do going forward. I think the best strategy is to say we are eliminating the position because of legislative realities prohibiting growth and that we're spreading the responsibilities among the current team. Should political and legislative landscapes change following the 2019 elections, we may have need for a specific implementation person.

It would be helpful to include reference to any previous conversations with Maigan in 2018 regarding job performance. I would add at the end your recommendation that we eliminate the position and why. This should be in memo form to me, w cc: to Lindsey and Jen.

Thanks,
John

**EXHIBIT D**
AFC0021433

**From:** Kelli Bottger <kbottger@federationforchildren.org>
**Date:** Tuesday, August 14, 2018 at 12:12 PM
**To:** John Schilling <JSchilling@federationforchildren.org>
**Cc:** Lindsey Rust <Lrust@federationforchildren.org>
**Subject:** Maigan documentation

John,

Please see the attached documentation. Let me know if you have any questions.

Best,

**Kelli Bottger**
Louisiana State Director
AFC Growth Fund
American Federation for Children
225-936-9800

<Francis, M - 2017 Evaluation 2018 Compensation Acknowledgement 122317.txt>
<Francis, M - Memo on Implementation Position.docx>

---

**From:** John Schilling <JSchilling@federationforchildren.org>
**Date:** Monday, August 13, 2018 at 1:33 PM
**To:** Kelli Bottger <kbottger@federationforchildren.org>
**Subject:** Re: Maigan

Well she's got 16 hours of vacation listed. The only other thing I have context for is the team mtng. Are you questioning what she did at these events or padded time?

**From:** Kelli Bottger <kbottger@federationforchildren.org>
**Date:** Monday, August 13, 2018 at 1:26 PM
**To:** John Schilling <JSchilling@federationforchildren.org>
**Subject:** Re: Maigan

Ok, I'll send it later when I'm back in front of my computer. Can you look at Alkinee's time sheet for that week? I've had multiple conversations with her about her time sheet. I'm afraid she is minimally working at this point.

Best,

**Kelli Bottger**
Louisiana State Director
AFC Growth Fund
American Federation for Children
225-936-9800

On Aug 13, 2018, at 11:10 AM, John Schilling <JSchilling@federationforchildren.org> wrote:

OK thanks. One other thing on Maigan. When you talked with Darrell and I following the mtng you and Paul had w Maigan, I

EXHIBIT D
AFC0021434

asked you to document the mtng, the challenges you all were having with her and to send that to her and me. We need this for the file. Also, as I mentioned, I need to verify w Jen when her last day can be. With maternity leave, there are federal rules under the family and medical leave act that we havce to abide by.

Yes, aware of the larger grassroots issues. Greg and I met w Michael last Wed am and I had a long conversation w Darrell about grassroots on Fri. Glad your call w him went well, this will all be good 

**From:** Kelli Bottger <kbottger@federationforchildren.org >
**Date:** Monday, August 13, 2018 at 11:33 AM
**To:** John Schilling <JSchilling@federationforchildren.org >
**Subject:** Re: Maigan

Yes, sorry I thought I replied. I'll get Paul to sit in on the call to Maigan. Paul and I are already dividing up her responsibilities.

Grassroots leaves a lot to be desired and I strongly recommend some serious changes sooner rather than later especially when you consider the amount of money we are spending. Grassroots still operates as if they are a completely separate team and can never outline their work.

Ed has approached me to raise money for his personal nonprofit which I'll hear him out, but I have no plans on doing because if I get any donations, it'll be for the PAC. I don't like this culture that breeds in Nola.

I had a long and honest discussion with Darrell on Friday so hopefully things will get better. I told him what I needed professionally from him and long term goals and we discussed the team in depth.

Overall, I thought our meeting was very productive and helped to coalesce everyone around untitled goals. We will keep pushing forward for the kiddos!

Thanks for coming in town and for your continued support!

Best,

**Kelli Bottger**
Louisiana State Director
AFC Growth Fund
American Federation for Children
225-936-9800

On Aug 13, 2018, at 10:20 AM, John Schilling <JSchilling@federationforchildren.org > wrote:

Just want to make sure you saw this.

Sent from my iPhone
On Aug 9, 2018, at 10:12 AM, John Schilling <JSchilling@federationforchildren.org > wrote:

Hi Kelli,

Good to see you this week and great job on planning and managing the meeting. It was fun to be with all of you. LOTS to do in LA.

I let Lindsey and Jen know this morning that it's our intention to let Maigan go and the plan is for you to talk with her around



**EXHIBIT D**
AFC0021435

September 1 and that AFC will pay her through October 31. I need to get clarity from Jen on whether her official last day has to be October 19 (she gave birth July 19). As we get closer to September 1, we can talk about what you need to say and how you need to say it. You also need a witness, so I'd recommend Paul. Let me know if you have any questions on any of this.

Anything else we need to talk about, such as grassroots? Greg mentioned your conversation. You need to relax and give Darrell some time. Everyone has a little different style and he'll soon come to realize that LA is in very capable hands that don't need to be micromanaged. He just needs to be kept informed about what's going on in the state and you should ask his advice on stuff from time to time. He brings a lot to the table. Really good guy with a strong record of success in all parts of the work in NC. I'll talk to him again about how I want comp time handled, something I previously discussed with you.

Thx,
John

---

**From:** John Schilling <JSchilling@federationforchildren.org>
**Date:** Monday, June 25, 2018 at 9:18 AM
**To:** Kelli Bottger <kbottger@federationforchildren.org>
**Subject:** Re: Call

Let's say 11:30 EST on Wed

**From:** Kelli Bottger <kbottger@federationforchildren.org>
**Date:** Monday, June 25, 2018 at 9:10 AM
**To:** John Schilling <JSchilling@federationforchildren.org>
**Subject:** Re: Call

John,

I have a candidate interview at 12:45 EST tomorrow so that won't work. I'm free after 3:30 EST and on tomorrow. I'm available all day Wednesday and then after 3 pm EST on Thursday. Let me what date/time works for you.

I'm mtg with the STOs and Eddie tomorrow to get them to understand why it's important they only partner with high performing schools since that program is now under scrutiny.

Best,

**Kelli Bottger**
Louisiana State Director
AFC Growth Fund
American Federation for Children
225-936-9800

On Jun 25, 2018, at 8:03 AM, John Schilling <JSchilling@federationforchildren.org> wrote:

Hi Kelli,

I'd like do a check-in call on LA. Does 1 EST tomm work? If not, send me a few days/times.



**EXHIBIT D**
AFC0021436

Thx,
John

---

**From:** John Schilling <JSchilling@federationforchildren.org >
**Date:** Friday, June 1, 2018 at 10:23 AM
**To:** Kelli Bottger <kbottger@federationforchildren.org >
**Subject:** Re: LA

10-4

**From:** Kelli Bottger <kbottger@federationforchildren.org >
**Date:** Friday, June 1, 2018 at 10:06 AM
**To:** John Schilling <JSchilling@federationforchildren.org >
**Subject:** Re: LA

Thanks John. I'm going to have that conversation with a few others too. Maigan isn't the only one we have issues with honestly. We lost $$$ for the LSP because of the testimony in Senate Finance. LFC was completely humiliated and our reputation was tarnished. I told Darrell how upset I was and I handled testimony the following week and we made it in the supplemental bill with the additional $2.7m. I'm still fighting the budget battle thanks to that testimony.

Time sheets are also an issue. I'm getting thru session and then we will have a serious conversation because the fluff is unreal.

Best,

**Kelli Bottger**
Louisiana State Director
AFC Growth Fund
American Federation for Children
225-936-9800

On Jun 1, 2018, at 8:32 AM, John Schilling <JSchilling@federationforchildren.org > wrote:

Hi Kelli,

I've had conversations with Darrel and Lindsey this week regarding LA. I don't want to litigate team dynamics right now, but one thing is important regarding Maigan. If there are issues with Maigan, you need to make sure that you communicate directly with her about those issues before she goes on maternity leave. That can certainly include something to the effect of, "as we head into next year, we are going to do an assessment to determine the best allocation of resources for what will be a critically important election year." Knowing that everybody talks, you may want to have the broader conversation, individually, with the whole team. You can also cite the Aug 7 planning meeting as something that will help guide AFC's 2019 LA plan. Just remember to be diplomatic ☐

John



**EXHIBIT D**
AFC0021437

---

**From:** John Schilling <JSchilling@federationforchildren.org>
**Date:** Friday, December 22, 2017 at 4:36 PM
**To:** Maigan Francis <MFrancis@federationforchildren.org>
**Cc:** 'Jennifer Miller' <jmiller@federationforchildren.org>
**Subject:** 2017 Evaluation, 2018 Compensation

Hi Maigan: Below is your 2017 evaluation and 2018 compensation. Please acknowledge receipt. Thanks!!

Maigan Francis, 12/6/17

-Thanked Maigan for her good work in 2017 and our appreciation. Talked about LA team dynamics and how they have changed this year. Report was that communication within team was better. Talked about the work with schools and some of the challenges given that we are unlikely to be able to secure legislative changes to the voucher program before the next gubernatorial election.

-Maigan's work in 2017 has been very good and feedback from her supervisor positive.

2018 Compensation: $73,500

---

**From:** John Schilling <JSchilling@federationforchildren.org>
**Date:** Monday, December 4, 2017 at 4:00 PM
**To:** Lindsey Rust <Lrust@federationforchildren.org>
**Subject:** RE: LA Anxiety

Ok thanks.

Yes, I do ALL of them. My assumption is the directors talk to their folks regularly throughout the course of the year. This is the one chance I get to talk with everyone one on one.

Ok thanks.

Yes, I do ALL of them. My assumption is the directors talk to their folks regularly throughout the course of the year. This is the one chance I get to talk with everyone one on one.

**From:** Lindsey Rust
**Sent:** Monday, December 04, 2017 2:55 PM
**To:** John Schilling <JSchilling@federationforchildren.org>
**Subject:** RE: LA Anxiety

No, not necessarily. Since Maigan has been reporting to Kelli we don't have as much direct interaction. Kelli believes she's doing a good job. My take- she's never going to be the go getter initiative taker with new ideas we'd need if we could actually grow the LSP, but she can respond to directives and seems to do pretty good with handling parent informational sessions- so overall she is meeting the needs. She's always responsive.

Sarah does a great job and is very proactive. Our AZ team is doing wonderful on the outreach front. She's also

**EXHIBIT D**
AFC0021438

done very well on building school relationships. She's an excellent implementation person and a pretty good communicator. I wish she was a bit more of detail and numbers person so she could be considered for the Director position, but I think she's probably better suited for her current role.

Out of curiosity- do you do one on ones with all the staff? I wasn't sure if any of the other directors did their own reviews as well or just you (only in case I should be doing them as well). Thanks!

**From:** John Schilling
**Sent:** Monday, December 4, 2017 2:47 PM
**To:** Lindsey Rust <Lrust@federationforchildren.org >
**Subject:** RE: LA Anxiety

Shannon has a tendency to go rogue sometimes.

I'm certain you talked with both of them already, just ask if they have any questions. As I said, I think the description is self-explanatory. I'm guessing part of this stems from the implementation/grassroots intersections which can be a little gray.

Also, I'm doing both Maigan's and Sarah's evaluations this week. Anything I need touch on or be aware of?

**From:** Lindsey Rust
**Sent:** Monday, December 04, 2017 2:19 PM
**To:** John Schilling <JSchilling@federationforchildren.org >
**Subject:** RE: LA Anxiety

I can reach out to Sarah and Maigan again though I'm fairly certain I looped both of them in from the start (100% certain on Sarah since she was initially interested). Can you provide any more context for who the concerns stemmed from?

Yeah the success story thing has been somewhat confusing. Shannon wanted to initiate a call with the "implementation team". I told her they'd be happy to help but that in AZ and LA (the only 2 places we have implementation staff) that they tend to work through/coordinate w/ the comms directors on success stories- so she added them to the call we have scheduled tomorrow.

Thanks.

**From:** John Schilling
**Sent:** Monday, December 4, 2017 2:14 PM
**To:** Elisa Clements <eclements@federationforchildren.org >; Tommy Schultz < tSchultz@federationforchildren.org >; Lindsey Rust <Lrust@federationforchildren.org >; Michael Benjamin < mbenjamin@federationforchildren.org >
**Cc:** Jonathan Nikkila <JNikkila@federationforchildren.org >
**Subject:** LA Anxiety

Hi All:

I've learned that a recent communication and call may have created some anxiety.

First, Lindsey, the note about the School Partnerships Person we are trying to identify apparently made some of the LA team wonder whether the national staff was taking over implementation work. I suspect not everyone



EXHIBIT D
AFC0021439

read through the description, which I thought was pretty self-explanatory. You may want to pro-actively reach out to Maigan and Sarah to reiterate that this national position is not meant to displace any current work or replace anyone, but rather it is to strengthen AFC's relationships with national and state school groups, encourage more schools to join pvt choice programs, build stronger relationships with school leaders in places where we don't have an implementation person, and to work on the supply side of our work.

Second, there was apparently a call last week where Shannon indicated we would be using a new process for collecting student success stories and we would be using one vendor for the shoots/editing. This created a big concern for a shoot taking place in LA at St. Mary's this week. Apparently Sean was also on this call? Why, I have no idea. Elisa and Tommy, per discussion this morning, we need to more clearly define the collection and development of these stories. In the meantime, we need Shannon to keep in mind that in some places – like LA and AZ – we already have largely built out teams. While we want their help in identifying more student and school success stories, we shouldn't be telling them to stop what they're doing because there's going to be a new "process" for developing these stories.  Tommy, I suggest you give Paul a call and reassure him about this.

Lastly, it seems there's some confusion about some of the new hires we've made in 2017 and some we're hoping to make in 2018. Later this month, we are planning to roll out an updated personnel manual; a reminder on rules for timesheets, expenses, reimbursements; and I will add to that an explanation of the hires in 2017 and prospective hires in 2018 in accordance with the execution of our roadmap. While I do believe we've explained new hires as they've come up and the roadmap, perhaps it's good to do it again in one communication.

Thanks,
John


Maigan Francis

-Discussed Maigan's first year with AFC and some of the initial challenges between implementation and grassroots work. Discussed Louisiana team dynamics and importance of regular communication among team members.

-Discussed parent satisfaction surveys and importance of continued school relationship work even with the recognition that legislative progress would be difficult in 2017.

-2017 compensation TBD before year-end.


John Schilling
President
American Federation for Children
AFC Growth Fund
jschilling@federationforchildren.org
202-280-1974 (W)
202-997-5901 (M)
www.federationforchildren.org

**EXHIBIT D**
AFC0021440