**Julianna P. Parks**

**From:** Maigan Francis <maiganfrancis@yahoo.com>
**Sent:** Thursday, April 11, 2019 2:15 PM
**To:** Julianna P. Parks
**Subject:** Fwd: Call this morning with Kelli

Best,
Maigan Francis

Begin forwarded message:

> **From:** Maigan Francis <MFrancis@federationforchildren.org>
> **Date:** November 1, 2018 at 10:18:01 AM CDT
> **To:** "maiganfrancis@yahoo.com" <maiganfrancis@yahoo.com>
> **Subject: FW: Call this morning with Kelli**
>
> **From:** Maigan Francis
> **Sent:** Tuesday, October 23, 2018 3:22 PM
> **To:** Lindsey Rust <Lrust@federationforchildren.org>
> **Subject:** RE: Call this morning with Kelli
>
> Hi Lindsey,
>
> Thanks so much for your prompt response. I appreciate it. I look forward to speaking with you. Safe travels.
>
> Best,
> Maigan
>
> **From:** Lindsey Rust
> **Sent:** Tuesday, October 23, 2018 3:13 PM
> **To:** Maigan Francis <MFrancis@federationforchildren.org>
> **Subject:** RE: Call this morning with Kelli
>
> HEy Maigan- I'm in meetings in DC all day today but will find some time to give you a ring tomorrow.
>
> Thanks for your patience.
>
> Lindsey
>
> **From:** Maigan Francis
> **Sent:** Tuesday, October 23, 2018 1:04 PM
> **To:** Lindsey Rust <Lrust@federationforchildren.org>
> **Subject:** Call this morning with Kelli

1

FRANCIS 001
EXHIBIT E

Hi Lindsey,

I hope your morning is going well. I had a conversation with Kelli this morning and it did not go well or as intended. This morning I felt disrespected by Kelli's tone and accusations toward me. I have had problems with her in the past and I respectfully just let it go. However, it is getting to a point that I feel as though I am being targeted by her with false accusations and harassed. I was accused of not doing things which is not true. I stated to her that I have several emails that were sent to her with no response or follow up regarding the accusations. I did not want to argue back and forth, but this is what it turned into. Please advise me on how to move forward with this situation as I am thoroughly hurt and confused as to why it has come to this point. I have always given more than 100% on this job and I go above and beyond my job description when necessary. I don't like confrontation but I will not allow anyone to blatantly twist facts, place blame where it doesn't belong and demean my character. Insubordination is not in my character, but I feel as though I need to defend myself and work ethic. Your immediate response is anticipated. Once again, thanks so much for your assistance.


Best,
Maigan

*Maigan Francis*
*Louisiana Implementation Director*
American Federation for Children
AFC Growth Fund
(504) 655-2128
www.federationforchildren.org | afcgrowthfund.org
www.louisiana4children.org



FRANCIS 002
EXHIBIT E