# American Federation for Children, Inc.

# Personnel Manual

(November 2010)

---

The mission of American Federation for Children is to improve our nation's system of K-12 education by advancing systemic and sustainable public policy that empowers parents, particularly in low-income families, to choose the education they determine is best for their children.

---

**EXHIBIT F**

# POLICIES
## (Continued)

### PERFORMANCE AND COMPENSATION REVIEWS

#### Performance Evaluations

A performance evaluation and compensation review will be conducted by the appropriate supervisor and/or the Executive Director annually at the end of each calendar year. Any other review and/or evaluation will be conducted at the discretion of the employee's Supervisor or the Executive Director, or at the request of the employee.

#### Promotions and Compensation Adjustments

Performance evaluations and recommendations will be the basis for promotions and compensation adjustments. Compensation adjustments are based on individual merit and are confidential.

Salary and benefits are a confidential matter, and should be discussed only with his/her direct supervisor, Executive Director, and Chief Financial Officer. The AFC treats compensation information as confidential.

### TIME SHEETS

Each employee will be responsible for completing and signing an Allocation of Activities form ("Timesheet") on a weekly basis, and will submit it to their supervisor or Finance Department by the Monday following the week worked. The employee's supervisor or the Chief Financial Officer will review, approve, and initial the timesheets.

The timesheets are the basis for allocating hours between the American Federation for Children, Inc., the American Federation for Children Action Fund, and the Alliance for School Choice, Inc. (each legal subsidiaries of AFC) and are necessary for correct payroll processing as well as audit documentation. Refer to the Compliance Handout for guidance on allocating activities under each of the entities. Hours for vacation, sick time, and holidays are accounted for on these timesheets. Payroll is based on a 40 hour work week. (See Appendix)

### PAY PERIODS

Pay periods are bi-weekly (26 pay periods per year). Employees are paid every other Friday for the previous two weeks, resulting in a one week lag. For example, if the two week pay period ends on December 13, payday is the following Friday – December 18.

All changes affecting payroll must be submitted to the Chief Financial Officer by the Monday prior to payday.

**EXHIBIT F**

# POLICIES
## (Continued)

### GRIEVANCE PROCEDURE

Any problems concerning the employee's salary, working conditions, hours, etc. should be discussed privately with his/her supervisor. If a resolution of the problem cannot be reached, or if the complaint is against the employee's supervisor, the employee may request to meet with the Executive Director.

### SEXUAL HARASSMENT

AFC will not tolerate any form of sexual harassment. Sexual harassment includes unwelcome sexual advances, requests for sexual favors, and verbal or physical conduct of a sexual nature when:

- submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;
- submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual;
- such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

Employees who believe they have been subject to discrimination or harassment should report the alleged act promptly using the grievance procedures. If the complaint is against the employee's supervisor, the employee may go to the Executive Director. If the complaint is against the Executive Director, the employee may go to the Board Chairman. All complaints will be investigated immediately. Any employee found to be engaged in the conduct of discrimination or sexual harassment will be subject to immediate discipline up to and including discharge.

Please keep in mind that prompt identification of conduct that may constitute discrimination or sexual harassment will contribute significantly to the AFC's efforts to provide everyone with a workplace that is free of discrimination. All reports or inquiries will be treated as confidential to the maximum extent compatible with the need to ensure that any discriminatory or offensive conduct is eliminated.

Retaliation against an individual who makes a report of or raises a concern about discrimination or sexual harassment will not be tolerated by the AFC. Also, retaliation against an individual assisting in investigating charges will not be tolerated. Retaliation is a violation of this policy and may result in discipline, up to and including termination. Incidents of retaliation should be promptly reported.

No employee will be discriminated against, or discharged, because of bringing or assisting in the investigation of a complaint.

# POLICIES
## (Continued)

### DRUG-FREE WORKPLACE

The American Federation for Children maintains a drug-free workplace. Drug and alcohol use is highly detrimental to the safety and productivity of employees in the workplace. Employees are prohibited from engaging in the unlawful manufacture, distribution, dispensation, possession, or use of a controlled substance in the workplace. Employees in violation of this policy are subject to suspension without pay or termination.

On occasion, the AFC may have alcohol at company sponsored events in or out of the office. All employees are expected to act responsibly.

Should an employee be convicted of a drug-related crime that occurred in the workplace, he or she must notify the Supervisor and/or the Executive Director within five days of the conviction. Appropriate personnel action, including possible discipline and/or participation in a drug abuse assistance or rehabilitation program, may result after notice of the conviction has been received. Employees may use physician-prescribed medications provided that the use of such drugs does not adversely affect job performance or the safety of the employee or other individuals in the workplace.

### WORKPLACE BEHAVIOR

It is the policy of the organization that certain rules and regulations regarding employee behavior are necessary for efficient operations and for the benefit and safety of all employees. Conduct that interferes with operations, discredits the organization, and is offensive to co-workers and others will not be tolerated. Employees are expected at all times to conduct themselves in a positive manner in order to promote the best interest of the organization. Appropriate conduct includes: treating all colleagues courteously; refraining from offensive conduct; reporting threatening or potentially violent behavior; maintaining cleanliness and order in the workplace; respecting co-workers and company property. This list is not intended to be all inclusive.

Inappropriate conduct will not be tolerated, and individuals engaging in it will be subject to discipline up to and including termination.

#### Procedure for Complaints

If any employee notices inappropriate behavior in the workplace or if any employee has questions concerning this policy, he or she should notify the Supervisor or Executive Director immediately. In accordance with guidelines of the Equal Employment Opportunity Commission, reports will be investigated, and any appropriate corrective action will be taken. Complaints will be handled confidentially, except as necessary for investigation and resolution. This policy prohibits retaliation, harassment, or other adverse action because of a making of a complaint, assisting in an investigation, opposing harassment, or otherwise exercising rights protected by law.

# POLICIES
## (Continued)

### WHISTLEBLOWER

The American Federation for Children is committed to the highest standards of ethical, moral and legal conduct. This policy supports our commitment to these standards and to transparency and open communication. The goal of this policy is to provide a process for employees to raise concerns and reassurance that they will be protected from reprisals or victimization for whistle blowing.

Concerns that constitute whistle blowing include serious complaints about the Organization's operations, such as:

- Improper financial reporting;
- Suspicious, unethical or unlawful activity;
- Activities that are not in line with the Organization's policies;
- Any other activities that might be considered seriously improper conduct.

If an employee has any concerns or questions on the above policy, he or she should notify their supervisor or the Executive Director.

### WORKDAY

The office is open between the hours of 8:30 a.m. and 5:30 p.m. EST, Monday through Friday. Each employee is expected to work 40 hours per week. Employees are entitled to one hour for lunch unpaid. All employees are expected to punctually attend an 11:30 a.m. (EST) staff call the first work day of each week, as well as other staff meetings as set by the Executive Director or supervisor, unless excused by the Executive Director or supervisor.

### OFFICE ATTIRE

AFC strives to present the image of professionalism at all times. All employees should dress appropriately in business attire and be prepared to meet the public at any time. Employees should dress in professional business attire at all public functions. Employees may dress casual on Fridays. Casual does not include shorts, torn clothing, casual T-shirts, or casual flip flops.

### WHEREABOUTS

It is important that AFC knows where each staff member can be reached. Any changes to personal contact information should be submitted to the Chief Financial Officer for benefit updates and to the Executive Assistant to update the staff contact list.

Any person planning to be absent from the typical work day, or traveling on business shall inform their Supervisor of departure and return dates. All employees are expected to be reachable by cell phone or email.

**EXHIBIT F**