1    A.   The parent satisfaction survey was something
2  that we did every year.  It was a very laborious
3  process because it was important for us to try to get
4  feedback from the families about whether they were
5  satisfied with the program.  It was a very, very
6  important part of our work in Louisiana because we
7  needed to demonstrate to policy makers in the state
8  that parents were, in fact, satisfied with the
9  program.  So it was a really big deal.
10         And I know that there were some challenges,
11 as I recall, with Maigan doing Excel spreadsheets, and
12 I think just the whole organization of the
13 satisfaction surveys.  It was a very big project, and
14 there were some challenges.  I don't know that I
15 remember any -- you know, any specific details, just
16 that there were challenges with the survey.
17    Q.   Did you ever offer any ideas or suggestions
18 to help Ms. Francis improve performing the surveys or
19 specifically working with Excel documents?
20    A.   As you know, I did not supervise Ms. Francis
21 on a day-to-day basis.  She was part of the Louisiana
22 team.  The Louisiana team had a lot of people on it.
23 The Louisiana team had weekly calls where all of the
24 issues were discussed.
25         I know that Kelli also did one-on-one calls

1  with Maigan regularly, asked Maigan to provide weekly
2  reports.  So my understanding was is that any issues
3  that were occurring were discussed either on those
4  group calls or the individual calls by her supervisor.
5       Q.  So when you were evaluating Maigan and you
6  determined that she had some issues, was any of that
7  your firsthand knowledge or was it all reported to you
8  through Kelli?
9       A.  It was all reported to me either through
10 Lindsey Rust or Kelli or Paul Dauphin.  Paul Dauphin
11 was the deputy state director in Louisiana and was
12 heavily involved in a lot of the day-to-day work.
13      Q.  Okay.  What did Paul Dauphin report to you?
14      A.  What did Paul Dauphin report to me?
15      Q.  Regarding Maigan's performance.
16      A.  I would periodically check in with employees
17 across the organization and talk about what was going
18 on in each individual state.  And I -- you know, in
19 the course of checking in, I would ask how it was
20 going with members of the team, and he would
21 occasionally raise some of the same issues that I have
22 alluded to before.
23      Q.  Okay.  Specifically, what issues?
24      A.  Challenges with the parent satisfaction
25 surveys, taking the initiative, the amount of time

1  her supervisors.
2      A.  I did not.  I was not aware that she was
3  having any problems with her supervisor until towards
4  the end of 2018.  I believe in October.
5      Q.  Okay.  And when you found out she was having
6  problems with her supervisor, she was terminated.
7      A.  That's incorrect.
8      Q.  Was it about the same time?
9      A.  I was told for the first time towards the end
10 of October that Maigan was having some challenges with
11 Kelli, because she had asked to speak with Lindsey
12 Rust.  I happened to be with Lindsey Rust in
13 Washington, D.C. that day and she said, hey, I got
14 this email from Maigan; she's having some issues with
15 Kelli.  I said, okay.  Please make sure you talk with
16 Maigan and talk with Kelli, and let me know how that
17 goes.
18     Q.  Okay. And that was the same day that Lindsey
19 Rust received the email, to your knowledge?
20     A.  You know, I don't remember.  We were in D.C.
21 around the 22nd or 23rd of October, and that's when
22 she told me about it.  I -- she followed up with me
23 via email a couple of days later after she had
24 returned to Indiana.
25     Q.  Okay.  Do you remember what she said in that

1  email?
2     A.  Yeah.  She said, you know, that Maigan had
3  expressed that she was having some challenges with
4  Kelli, that Kelli had referenced some performance
5  issues.  Maigan had indicated that she felt that these
6  were really -- these were really issues with Kelli and
7  not Maigan.  She seemed -- she seemed upset about it,
8  and it was Lindsey's view, while -- while sympathetic
9  to Maigan, because Kelli is a very direct person, it
10 was Lindsey's view at the time that we had reached the
11 point where we needed to make a change.
12    Q.  Okay.  And that was because of this email?
13    A.  We needed to make a change because of the
14 email?
15    Q.  Because of the issues that were outlined in
16 the email.
17    A.  It was Lindsey's view that we needed to make
18 a change because of the culmination of all of the
19 issues that had taken place over 2018.  There was --
20 there was a -- you know, based on all the
21 conversations I had had with Kelli over 2018, there
22 was a significant decline in performance over the
23 course of 2018.  But as I've alluded to earlier, there
24 were a few issues over the course of 2016 and 2017
25 that required some attention.

1  Q. Okay. But this email from Maigan to Lindsey
2  reporting the problems that Maigan perceived she was
3  having with Kelli was the culmination that caused
4  Lindsey to decide that a change needed to be made.
5  A. It was Lindsey's view that a change needed to
6  be made. Lindsey was no longer Kelli's supervisor.
7  So ultimately, I was going to rely on the
8  recommendation mostly from Kelli and from Paul, but
9  also Lindsey, because Lindsey was deeply familiar with
10 the implementation work as our national director of
11 implementation.
12 Q. Okay. But this discussion was caused in
13 light of the email from Maigan to Lindsey.
14 A. Well, I wouldn't say that this discussion was
15 caused solely by that. We had been having discussions
16 throughout the course of 2018 because the performance
17 had declined. And we were trying to determine what it
18 was that we were going to do about it.
19         And Kelli had recommended several times
20 throughout the course of 2018 that we make a change.
21 Q. Okay. So -- but I believe you told me that
22 Lindsey received this email, she discussed it with you
23 in D.C., and that was either October 22nd or 23rd of
24 2018. Is that what you said?
25 A. Yes.