MINUTE ENTRY
CURRAULT, M.J.
JUNE 17, 2021
**MJSTAR: 2:32**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAIGAN FRANCIS | * | CIVIL ACTION |
| VERSUS | * | NO. 19-14315 |
| AMERICAN FEDERATION FOR CHILDREN, INC. | * | SECTION "A" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. After extensive settlement discussions with the parties and counsel, the court was advised that a settlement has been reached. The material terms of confidential settlement were recited on the court record, and the parties and their counsel confirmed their agreement to same. In light of the parties' confidentiality agreement regarding the settlement, the recording of the settlement terms will not be released, and no transcript of the settlement proceedings shall be made, except upon motion noticed to all parties and order of the court.

By copy of this minute entry, Judge Zainey is advised so that he may enter an appropriate 60-day conditional dismissal order.

New Orleans, Louisiana, this __17th__ day of June, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DONNA PHILLIPS CURRAULT
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. JAY C. ZAINEY**